

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08

**BY FACSIMILE**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street

    Re:   <u>United States</u> v. <u>Alberto W. Vilar and Gary A. Tanaka</u>, S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

    The parties respectfully request permission to submit the joint proposed Requests to Charge on Monday, September 15, 2008 instead of tonight so that we can continue to work towards agreement on as much of the charge as possible over the weekend.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marc Litt/ Ben Naftalis/ Josh Klein
Assistant United States Attorneys
(212) 637-2295/-2456/-2397

cc: All Counsel

*Request granted. The joint proposed Request to Charge shall be filed by 9/15/08 at 12 noon.*

SO ORDERED.
Dated: 9/12/08
RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.02