AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: S3 05 Cr. 621 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Maurice Kassimir

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/19/2008 | *(signature)* |
| Date | Signature |
| | Andrea Zellan, Brafman & Assoc., P.C.    AZ0575 |
| | Print Name    Bar Number |
| | 767 Third Avenue, 26th Floor |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 750-7800    (212) 750-3906 |
| | Phone Number    Fax Number |