

**WSGR  Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

October 10, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/14/08

**VIA FEDERAL EXPRESS**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Vilar, et ano.*, S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

As the Court is aware, we represent Gary Tanaka in the above-referenced action. On his behalf, we respectfully request that the Court order that Mr. Tanaka's legal team (including Glenn Colton, Jessica Margolis and/or Michelle Drucker) be permitted to access and remove the hospital records delivered to the courthouse in response to a subpoena served by Mr. Tanaka on Memorial Sloan-Kettering. Once we are able to remove the documents, we will coordinate with the Government to enable them to copy the documents.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Jessica L. Margolis

cc: Marc Litt, Esq. (by email)
Herald Price Fahringer, Esq. (by email)

SO ORDERED:

_____
The Honorable Richard J. Sullivan
United States District Judge

OCT 14 2008

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.