UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                      Defendants.



No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

       It having been reported to the Court that the issues pertaining to Defendants' subpoena to third party Maurice Kassimir have been resolved, IT IS HEREBY ORDERED that Mr. Kassimir's motion to quash the subpoena is DENIED as moot.

       The Clerk of the Court is respectfully requested to terminate the motion docketed as Document No. 311.

SO ORDERED.

Dated:     New York, New York
             October 21, 2008

                                           RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE