```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' submissions, dated November 19, 2008, pertaining to Defendants' bail and the scheduling of a hearing on the matter. After consideration of the submissions, IT IS HEREBY ORDERED that the Government's request is DENIED.

IT IS FURTHER ORDERED that the parties shall adhere to the schedule previously set for submissions, and that all parties shall appear at the conference scheduled for November 26, 2008, at 11 a.m.

SO ORDERED.

Dated:     New York, New York
             November 20, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE