

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                    Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Because the Court has issued Opinions disposing of Defendants' motions docketed as Doc. Nos. 260, 262, 266, and 268, the Clerk of the Court is respectfully requested to terminate those motions.

SO ORDERED.

Dated:      New York, New York
              November 26, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE