## ALBERTO W. VILAR
## PRIVATE AND CONFIDENTIAL

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**November 30, 1999**
**(Estimated)**

### ASSETS:

| | |
|---|---:|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | 525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Investment Advisors | $175,000,000 |
| Investments: Mutual Funds | $76,000,000 |
| Private Securities | $470,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | 225,750 |
| Sub Total: | $758,341,750 |

### LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $22,000,000 |
| Sub Total: | $28,350,790 |

**NET WORTH**           **$729,990,960**

AUS-031-00704

## ALBERTO W. VILAR
## PRIVATE AND CONFIDENTIAL

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**February 29, 2000**
**(Estimated)**

### ASSETS:

| | |
|---|---|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | $525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 3,400,000 |
| Amerindo Investment Advisors | $275,000,000 |
| Investments: Mutual Funds | $ 76,000,000 |
| Private Securities | $765,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | $225,750 |
| | |
| Sub Total: | $1,156,741,750 |

### LIABILITIES:

| | |
|---|---|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $61,000,000 |
| | |
| Sub Total: | $67,350,790 |

### NET WORTH       $1,089,390,960

AUS-031-01650

PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
February 29, 2000
(Estimated)

ASSETS:

| | |
|---|---:|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | $525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 3,400,000 |
| Amerindo Investment Advisors | $275,000,000 |
| Investments: Mutual Funds | $ 76,000,000 |
| Private Securities | $597,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | $225,750 |

Sub Total:                $985,341,750

LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $52,000,000 |

Sub Total:                $58,350,790

NET WORTH                $929,990,960

AUS-038-00051

# ALBERTO VILAR

## PRIVATE AND CONFIDENTIAL

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**April 23, 2001**
**(Estimated)**

### ASSETS:

| | |
|---|---:|
| Cash | $2,500,000 |
| Residence | $22,000,000 |
| Other real estate investments | $7,500,000 |
| Jewelry | $750,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 2,600,000 |
| Amerindo Investment Advisors | $250,000,000 |
| Investments: Mutual Funds | $ 57,000,000 |
|     Private Securities | $569,000,000 |
| Dividends receivable | $8,500,000 |
| Security Deposit UN Plaza | $225,750 |
| **Sub Total:** | **$925,375,750** |

### LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | 13,377,688 |
| Estimated income tax due | 1,500,000 |
| Long term charitable pledges | $73,200,000 |
| **Sub Total:** | **$ 88,077,688** |

### NET WORTH                                $837,298,062

AUS-038-00049

ALBERTO VILAR
PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
May 2002
(Estimated)

ASSETS:

| | |
|---|---:|
| Cash | $ 350,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| Jewelry | $525,000 |
| Art & Furniture | $6,000,000 |
| Amerindo Profit Sharing | $2,000,000 |
| Amerindo Investment Advisors | $200,000,000 |
| Investments: Mutual Funds | $64,000,000 |
| Private Securities | $410,000,000 |
| Dividends receivable | 9,500,000 |
| Security Deposit UN Plaza | $226,000 |
| Sub Total: | $718,301,000 |

LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | $8,251,099 |
| Estimated income tax due | $5,050,789 |
| Long term charitable pledges | $64,000,000 |
| Sub Total: | $77,301,888 |
| NET WORTH | $640,999,112 |

ALBERTO VILAR
PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
April 2003
(Estimated)

ASSETS:

| | |
|---|---:|
| Cash | $ 15,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| Art, Furniture and jewelry | $6,525,000 |
| Charles Schwab | 9,905 |
| Amerindo Investment Advisors | $20,000,000 |
| Investments: Private Securities | $170,000,000 |
| Security Deposit UN Plaza | $226,000 |
| Sub Total: | $222,475,905 |

LIABILITIES:

| | |
|---|---:|
| Bank Credit | $5,000,000 |
| Long term debts-mortgages | $7,571,570 |
| Estimated income tax due | $23,255,208 |
| Long term charitable pledges | $64,000,000 |
| Construction debt | 298,000 |
| Sub Total: | $100,124,778 |

**NET WORTH**                         **$122,351,127**

AUS-055-00395

ALBERTO VILAR
PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
October 2003
(Estimated)

ASSETS:

| | |
|---|---|
| Cash | $ 15,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| Art, Furniture and jewelry | $6,525,000 |
| Charles Schwab | 9,905 |
| Amerindo Investment Advisors | $30,000,000 |
| Investments: Private Securities | $270,000,000 |
| Security Deposit UN Plaza | $226,000 |
| Sub Total: | $332,475,905 |

LIABILITIES:

| | |
|---|---|
| Bank Credit | $5,000,000 |
| Long term debts-mortgages | $7,571,570 |
| Estimated income tax due | $11,913,247 |
| Long term charitable pledges | $54,000,000 |
| Construction debt | 298,000 |
| Sub Total: | $78,782,817 |

NET WORTH                                           $253,693,088

ALBERTO VILAR
PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
April 2004
(Estimated)

ASSETS:

| | |
|---|---:|
| Cash | $ 15,000 |
| Residence | 8,800,000 |
| Other real estate investments | $6,850,000 |
| Art, Furniture and jewelry | $1,725,000 |
| Amerindo Investment Advisors | $20,000,000 |
| Investments: Private Securities * | $125,000,000 |
| Security Deposit UN Plaza | $226,000 |

(*)

Sub Total: $162,616,000

LIABILITIES:

| | |
|---|---:|
| Bank Credit | $1,360,000 |
| Long term debts-mortgages | $9,940,000 |
| Estimated income tax due | $20,000,000 |
| Long term charitable pledges | $54,000,000 |
| Construction debt | $ 298,000 |

Sub Total: $85,598,000

**NET WORTH**  $77,018,000

(*) The estimate of the value of private securites has risen since the January 31, 2004, detailed 'Private Placements' statement was prepared.

AUS-003-00517