| Date | Country |
|---|---|
| 7/16/1996 | England |
| 7/25/1996 | England |
| 7/29/1996 | England |
| 8/11/1996 | England |
| 8/12/1996 | Cayman Islands |
| 8/16/1996 | England |
| 9/8/1996 | England |
| 11/4/1996 | England |
| 11/6/1996 | England |
| 12/6/1996 | Cayman Islands |
| 1/8/1997 | United States |
| 2/7/1997 | England |
| 2/8/1997 | United States |
| 3/21/1997 | England |
| 3/22/1997 | England |
| 3/22/1997 | England |
| 4/6/1997 | England |
| 4/17/1997 | England |
| 5/24/1997 | England |
| 5/30/1997 | England |
| 5/31/1997 | England |
| 6/27/1997 | England |
| 6/27/1997 | England |
| 7/3/1997 | Kievik |
| 7/25/1997 | England |
| 7/26/1997 | England |
| 8/3/1997 | England |
| 8/5/1997 | England |
| 8/24/1997 | England |
| 8/28/1997 | England |
| 8/30/1997 | England |
| 10/1/1997 | England |
| 10/6/1997 | United States |
| 11/5/1997 | Bahamas |
| 11/13/1997 | England |
| 11/14/1997 | England |
| 11/17/1997 | England |
| 11/18/1997 | England |
| 11/26/1997 | England |
| 12/18/1997 | England |
| 12/25/1997 | England |
| 12/25/1997 | Austria |
| 1/11/1998 | England |
| 1/23/1998 | England |
| 1/25/1998 | England |

| Date | Country |
|---|---|
| 1/25/1998 | United States |
| 2/19/1998 | England |
| 2/20/1998 | England |
| 3/7/1998 | England |
| 4/4/1998 | England |
| 4/4/1998 | Austria |
| 4/11/1998 | United States |
| 4/26/1998 | England |
| 4/27/1998 | United States |
| 5/19/1998 | England |
| 5/23/1998 | United States |
| 5/28/1998 | England |
| 6/1/1998 | United States |
| 6/7/1998 | United States |
| 6/20/1998 | England |
| 7/9/1998 | England |
| 7/27/1998 | England |
| 7/28/1998 | Austria |
| 8/3/1998 | Austria |
| 8/7/1998 | Austria |
| 8/17/1998 | England |
| 8/31/1998 | Germany |
| 9/6/1998 | England |
| 9/21/1998 | England |
| 9/22/1998 | United States |
| Oct-98 | England |
| 10/2/1998 | Germany |
| 10/4/1998 | England |
| 10/7/1998 | England |
| 10/20/1998 | England |
| 10/22/1998 | England |
| 10/23/1998 | Kuwait |
| 10/26/1998 | Kuwait |
| 11/2/1998 | England |
| 11/3/1998 | United States |
| 11/6/1998 | Austria |
| 11/27/1998 | United States |
| 12/4/1998 | England |
| 12/19/1998 | England |
| 12/27/1998 | United States |
| 12/27/1998 | Austria |
| 1/2/1999 | France |
| 1/7/1999 | England |
| 1/11/1999 | Arabic |
| 1/15/1999 | England |
| 1/15/1999 | United States |
| 1/20/1999 | Poland |

| Date | Country |
|---|---|
| 1/29/1999 | Kuwait |
| 1/31/1999 | Kuwait |
| 1/31/1999 | United Arab Emirates |
| 2/2/1999 | United States |
| 2/16/1999 | Austria |
| 2/16/1999 | England |
| 2/22/1999 | England |
| 2/23/1999 | United States |
| 3/14/1999 | United States |
| Apr-99 | United States |
| 4/1/1999 | England |
| 4/2/1999 | France |
| 4/23/1999 | England |
| 4/26/1999 | England |
| 5/13/1999 | England |
| 5/23/1999 | Germany |
| 5/28/1999 | Germany |
| 5/29/1999 | England |
| 6/1/1999 | United States |
| 6/10/1999 | England |
| 6/14/1999 | United States |
| 6/14/1999 | Poland |
| 6/27/1999 | England |
| 7/2/1999 | England |
| 7/21/1999 | England |
| 7/25/1999 | Germany |
| 8/10/1999 | Austria |
| 8/11/1999 | Austria |
| 8/23/1999 | United States |
| 8/25/1999 | Germany |
| 8/30/1999 | Austria |
| 9/1/1999 | Germany |
| 9/4/1999 | England |
| 9/17/1999 | England |
| 10/4/1999 | England |
| 10/6/1999 | Germany |
| 10/8/1999 | Germany |
| 10/11/1999 | United States |
| 10/21/1999 | Italy |
| 10/22/1999 | France |
| 10/27/1999 | England |
| 10/29/1999 | United States |
| 11/8/1999 | France |
| 11/12/1999 | England |
| 11/13/1999 | United Arab Emirates |
| 11/14/1999 | United States |
| 11/15/1999 | England |

| Date | Country |
| --- | --- |
| 11/18/1999 | United States |
| 11/19/1999 | United Arab Emirates |
| 11/29/1999 | England |
| 12/6/1999 | Austria |
| 12/6/1999 | Austria |
| 12/8/1999 | Italy |
| 12/8/1999 | Sweden |
| 12/11/1999 | United States |
| 12/15/1999 | Austria |
| 12/17/1999 | United States |
| 12/17/1999 | Germany |
| 12/20/1999 | Austria |
| 12/24/1999 | France |
| 1/10/2000 | Austria |
| 1/15/2000 | England |
| Jan-00 | England |
| 1/26/2000 | Arabic |
| 1/27/2000 | Austria |
| 1/27/2000 | Austria |
| 1/27/2000 | England |
| 2/1/2000 | England |
| 2/3/2000 | England |
| 2/7/2000 | Kuwait |
| 2/8/2000 | Kuwait |
| 2/10/2000 | England |
| 2/17/2000 | Japan |
| 2/20/2000 | Japan |
| 2/20/2000 | Hong Kong |
| 2/22/2000 | Hong Kong |
| 2/22/2000 | Philippines |
| 2/23/2000 | Philippines |
| 2/23/2000 | Thailand |
| 2/25/2000 | Taiwan |
| 2/25/2000 | Thailand |
| 2/26/2000 | Hong Kong |
| 2/26/2000 | Taiwan |
| 2/27/2000 | Hong Kong |
| 2/27/2000 | Indonesia |
| 2/28/2000 | Malaysia |
| 2/28/2000 | Indonesia |
| 2/29/2000 | Singapore |
| 2/29/2000 | Singapore |
| 2/29/2000 | Malaysia |
| 3/1/2000 | England |
| 3/10/2000 | Taiwan |
| 3/15/2000 | England |
| 3/29/2000 | England |

| Date | Country |
|---|---|
| 4/2/2000 | United States |
| 4/6/2000 | Saudi Arabia |
| 4/13/2000 | England |
| 4/14/2000 | Kuwait |
| 4/21/2000 | Austria |
| 4/22/2000 | Austria |
| 4/23/2000 | Austria |
| 5/18/2000 | United States |
| 5/30/2000 | Russia |
| 6/3/2000 | England |
| 6/11/2000 | England |
| 6/11/2000 | Germany |
| 6/20/2000 | Kuwait |
| 6/21/2000 | United States |
| 6/24/2000 | Russia |
| 6/27/2000 | England |
| 7/5/2000 | England |
| 7/13/2000 | Germany |
| 7/14/2000 | England |
| 7/19/2000 | Italy |
| 8/4/2000 | Germany |
| 8/13/2000 | Austria |
| 8/23/2000 | Austria |
| 8/30/2000 | Austria |
| 9/2/2000 | United States |
| 12/4/2000 | England |
| 12/6/2000 | Austria |
| 12/8/2000 | England |
| 12/20/2000 | United States |
| 12/23/2000 | Austria |
| 1/1/2001 | United Arab Emirates |
| 1/1/2001 | United States |
| 1/1/2001 | Austria |
| 1/15/2001 | United States |
| 2/8/2001 | Chile |
| 2/8/2001 | Chile |
| 2/11/2001 | United States |
| 2/18/2001 | Chile |
| 2/23/2001 | England |
| 3/16/2001 | Germany |
| 3/29/2001 | Saudi Arabia |
| 4/2/2001 | Russia |
| 4/3/2001 | England |
| 4/3/2001 | Russia |
| 4/8/2001 | United Arab Emirates |
| 4/10/2001 | Kuwait |
| 4/11/2001 | Kuwait |

| Date | Country |
|---|---|
| 4/11/2001 | The Netherlands |
| 4/17/2001 | Austria |
| 5/13/2001 | Austria |
| 5/15/2001 | Austria |
| 5/15/2001 | England |
| 5/21/2001 | Austria |
| 5/23/2001 | United States |
| 6/3/2001 | United States |
| 6/3/2001 | Austria |
| 6/14/2001 | Russia |
| 6/16/2001 | Russia |
| 6/21/2001 | Austria |
| 6/23/2001 | Russia |
| 6/27/2001 | Russia |
| 7/9/2001 | England |
| 7/15/2001 | England |
| 7/18/2001 | United States |
| 7/27/2001 | United States |
| 8/1/2001 | England |
| 8/2/2001 | Germany |
| 8/10/2001 | Germany |
| 9/2/2001 | Austria |
| 12/13/2001 | Austria |
| 5/7/2002 | Aruba |
| 5/10/2002 | Cayman Islands |
| 6/21/2002 | France |
| 6/28/2002 | France |
| 6/30/2002 | United States |
| 7/25/2002 | Germany |
| 8/15/2002 | Austria |
| 8/23/2002 | Germany |
| 8/30/2002 | United States |
| 9/29/2002 | England |
| 10/16/2002 | England |
| 10/21/2002 | Kuwait |
| 10/24/2002 | England |
| 10/24/2002 | Kuwait |
| 10/26/2002 | United States |
| 11/1/2002 | England |
| 11/14/2002 | Austria |
| 11/14/2002 | United States |
| 11/17/2002 | Austria |
| 1/2/2003 | Saudi Arabia |
| 1/4/2003 | England |
| 1/5/2003 | United Arab Emirates |
| 1/7/2003 | Kuwait |
| 1/7/2003 | United Arab Emirates |

| Date | Country |
|---|---|
| 2/5/2003 | England |
| 4/9/2003 | England |
| 4/11/2003 | Austria |
| 4/14/2003 | Austria |
| 6/24/2003 | Kuwait |
| 10/26/2003 | England |
| 10/30/2003 | Austria |
| 11/3/2003 | United States |
| 12/22/2003 | United States |
| 12/22/2003 | Austria |
| 4/21/2004 | England |
| 4/24/2004 | Austria |
| Apr-04 | England |
| 4/27/2004 | United States |
| 4/28/2004 | Austria |
| 6/23/2004 | Austria |
| 6/27/2004 | United States |
| 7/6/2004 | England |
| 7/9/2004 | United States |
| 9/2/2004 | Italy |
| 9/5/2004 | Italy |
| 9/5/2004 | United States |
| 12/20/2004 | England |
| 12/21/2004 | Austria |
| 1/30/2005 | United States |
| 3/1/2005 | United States |
| 3/9/2005 | England |
| 3/12/2005 | United States |
| 4/16/2005 | England |
| 5/4/2005 | England |
| 5/7/2005 | United States |