

# JUROR QUALIFICATION QUESTIONNAIRE
## DELINQUENT NOTICE
## NEW YORK COUNTY

OFFICE USE

Our records indicate that you did not respond to the initial questionnaire that was mailed to you. Follow the instructions below. Failure to complete and return this document will result in a subpoena to appear in person.

Norman Goodman
County Clerk and Clerk of the Supreme Court

**INSTRUCTIONS**

Your name has been selected at random from the voter, driver, tax, social services and unemployment lists for future service as a juror. You are required by law to fill out this questionnaire to determine whether you meet the qualifications for service as a juror. *This form is not a summons, and you are not required to appear for jury service at this time.*

Once you are deemed qualified to serve as a juror, you may receive a summons to appear for jury service. There no longer are any automatic occupational, child care or age exemptions from jury service. Requests for an excuse from jury service should be raised at the time you actually receive the juror summons.

Please complete the questionnaire and return it in the enclosed envelope. Be certain that the address of the Commissioner of Jurors appears in the window of the envelope. YOUR ANSWERS ARE CONFIDENTIAL. If you have any questions, call (212) 374-8583, 8584, 8585.

ALBERTO W VILAR
NEW YORK N.Y. 10017

NYC

(For changes of name and address only)

Name _ALBERTO W. VILAR_
Address _____ Apt. # __
City/Town _NEW YORK_ _NY_ Zip _10017_

1. Date of Birth ▓▓▓▓  2. Home Tel. ▓▓▓▓  3. Business Tel. ▓▓▓▓

4. Race. (Optional - See note below)
☐ White (Non-Hispanic)   ☐ Black (Non-Hispanic)   ☒ Hispanic   ☐ Asian   ☐ Native American

5. Are you a citizen of the United States? If not, provide a copy of your visa or alien registration card.    5. YES ☒  NO ☐

6. Are you a resident of the above named county? If not, provide proof of your county of residence. _see attached._    6. YES ☐  NO ☒
   RESIDENT OF THE UNITED KINGDOM

7. Are you 18 years or older?    7. YES ☒  NO ☐

8. Can you understand and communicate in the English language?    8. YES ☒  NO ☐

9. Have you ever been convicted of a felony? If yes, provide crime, court and date of conviction:    9. YES ☐  NO ☐
_____

10. Have you served on jury duty within the past 4 years in any court?    10. YES ☐  NO ☐
    Date _____ Location _____

Remarks: _____

I affirm that the statements made on this questionnaire are true. (False statements made on this questionnaire are punishable as a crime under Penal Law Section 210.45.)

SIGNATURE: X _[signature]_    Date: _JULY 7, 1999_

**YOU MAY BE ASKED FOR ADDITIONAL VERIFICATION OF THE RESPONSES TO THIS QUESTIONNAIRE. FAILURE TO COMPLETE, SIGN AND RETURN THIS QUESTIONNAIRE WITHIN 10 DAYS MAY REQUIRE YOUR PERSONAL APPEARANCE AT THE COURTHOUSE, AND MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES.**

\* NOTE: Information on race is sought solely to allow the court system to monitor the juror selection process to ensure that no discrimination is occurring in that process and that jurors are being randomly selected from a fair cross-section of the community. This information has absolutely no bearing on qualification for jury service.

1751

00001305