

Norman Goodman
County Clerk and Clerk of the Supreme Court

# JUROR QUALIFICATION QUESTIONNAIRE
# NEW YORK COUNTY

OFFICE USE

## INSTRUCTIONS

Your name has been selected at random from the voter, driver, tax, social services and unemployment lists for future service as a juror. You are required by law to fill out this questionnaire to determine whether you meet the qualifications for service as a juror. This form is not a summons, and you are not required to appear for jury service at this time.

Once you are deemed qualified to serve as a juror, you may receive a summons to appear for jury service. There no longer are any automatic occupational, child care or age exemptions from jury service. Requests for an excuse from jury service should be raised at the time you actually receive the juror summons.

Please complete the questionnaire and return it in the enclosed envelope. YOUR ANSWERS ARE CONFIDENTIAL.
If you have any questions, call (212) 374-8583, 8584, 8585.    www.nyjuror.com

ALBERTO W VILAR
NEW YORK N.Y. 10017

NYC

(For changes of name and address only)

Name _____

Address _____ Apt # _____

City/Town _____ Zip _____

1. Date of Birth _____
2. Home Tel. _____
3. Business Tel. _____

4. Are you a citizen of the United States? If not, provide a copy of your visa or alien registration card.    4. YES ☒  NO ☐

5. Are you a resident of   NEW YORK COUNTY ?  ONLY A PART-TIME RESIDENT
If not, provide proof of your county of residence. SINCE 1982 I HAVE BEEN A FULL   5. YES ☐  NO ☐
TIME RESIDENT OF THE U.K. ADDRESS IS 43 UPPER

6. Are you at least 18 years old. If not, please supply proof (copy of birth certificate). GROSVENOR ST.   6. YES ☒  NO ☐
LONDON, ENGLAND
W1Y 7FE

7. Can you understand and communicate in the English language ?    7. YES ☒  NO ☐
Please use the back of this form if more space is required.

8. Have you ever been convicted of a felony? If yes, provide crime, court and date of conviction:    8.  YES ☐  NO ☒
Please use the back of this form if more space is required.

9. Have you received a Questionnaire or a Jury Summons within the past 2 years?    9.  YES ☐  NO ☒
If yes, please complete the information below and provide your proof of service.

Date   N/A     Location   N/A

I affirm that the statements made on this questionnaire are true. (False statements made on this questionnaire are punishable as a crime under Penal Law Section 210.45.)

SIGNATURE: X _____    Date: 10-13-03

Social Security Number: _____

It is required that you provide your Social Security number to identify duplicate names of individuals on master lists used for jury selection purposes. 42 U.S.C.A. Sec. 405(c)(2)(E).

YOU MAY BE ASKED FOR ADDITIONAL VERIFICATION OF THE RESPONSES TO THIS QUESTIONNAIRE. FAILURE TO COMPLETE, SIGN AND RETURN THIS QUESTIONNAIRE WITHIN 10 DAYS MAY REQUIRE YOUR PERSONAL APPEARANCE AT THE COURTHOUSE, AND MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES.    4711

00001306