# AMERINDO
## INVESTMENT ADVISORS INC.

399 Park Avenue • 22nd Floor
New York, New York 10022
TEL (212) 371-0360
FAX (212) 371-6988
www.amerindo.com



GOVERNMENT
EXHIBIT
8015
05 Cr. 621 (RJS) (ID)

April 20, 2004

Harold R. Campbell
Internal Revenue Service
950 L'Enfant Plaza, South S.W.
Washington, DC 20024

ATTN:       Harold Campbell 3502-1214

Dear Mr. Campbell:

Todd Simmens and I appreciated the time you and Maria Picott gave us on April 7 to have a frank discussion on my outstanding tax situation, and afford me the opportunity to discuss my express plans to resolve this matter as quickly as possible. I have organized my comments into four brief sections below.

1. Plans for Payment

I am negotiating with two banks in New York to refinance the two mortgages on the apartment in New York. This re-financing anticipates being augmented by an additional $500,000 –$1,000,000 for the express purpose of making a payment to the IRS. Presently one bank has approved the refinancing, and I'm waiting to hear this week from a second bank, a more traditional mortgage broker, which would be expected to offer more favorable terms and rates. However, either financing would require a discharge of the IRS lien before the closing. As I stated at the meeting, nothing would prevent the IRS from reimposing the lien after the refinancing is completed.

Secondly, as I also indicated at the meeting, I expect to obtain proceeds from the sale of two companies that went public early this year after August 2004. These two companies are CancerVax and Eyetech Pharmaceuticals. As I am an insider from having been an early investor, I cannot file to make the sale of stock before August. I would expect to pay down the early years that are in arrears in the amount of $2,039,830.53.

Third, if the minority equity interest sale of Amerindo now under way takes place in the next several months, as appears likely, there could be an additional payment in the second half of this year.

The above described payments this year should equal close to $3 million. Lastly, the reliquification of my private portfolio, i.e. private companies that are expected to come to the public stock market, plus the increase in Amerindo's earnings, should make it

possible to settle the remaining debt post 2004, on a three year basis between 2005 and 2007, in the likely amounts of $5 million each in the first two years, and the remaining balance in the final year. No taxes are anticipated for 2003.

It is also a fact, as I mentioned at the meeting, that in the next 60-90 days, I intend to re-file the 2000-2001 tax years, which I believe were clearly overstated. These filings were made when I was on a sabbatical leave for extended multiple (six) surgeries and the filings include return of capital and borrowings from the company that were incorrectly reported as income. This unfortunately has resulted in severe interest rate penalties on the overstated income.

2. Sources of Funds to Pay Down the Outstanding Taxes

This section will include some repetition of item number 1 above, but my purpose is to put the sources of funds into the prospective of my business.

I am recognized as someone who pioneered what is called "crossover-investing" in emerging technologies, namely, electronics and biotechnology, in the 1970s. I act as a venture capitalist in providing private funding for promising companies in technology. The word "crossover" refers to the fact that when the companies come to the public market, my firm retains those shares for its pension plan clients for a good five years-because this is where the huge growth in market capitalization takes place. Between 1980, the year I co-founded Amerindo Investment Advisors Inc., and the year 2000, which was the onset of the horrific three-year bear market, my firm led the nation in investment results, which compounded at roughly 30-35% per annum. This was due to the fact that we were early private investors in the most successful companies of that two-decade period, such as Microsoft, Cisco, AOL, Adobe, Genetech and Amgen. The three year bear market of 2000-2002 severely impacted venture capital funding and created extraordinary liquidity strains for venture capitalists like myself when the so called Initial Public Offering (IPO) market effectively shut down for an unprecedented three plus years. The IPO market is just now beginning to reopen, and we expect to see it return to normalcy slowly this year, and be back at full operating strength over the next several years. This has been the principal source of my wealth and there is no reason to believe that this will not continue to be so in the near future.

My firm is negotiating a joint venture with a major investment bank to grow the firm substantially over the next several years. Amerindo's assets under management have more than doubled in the past 16 months. Amerindo has led the nation in investment results in its public stock portfolios since the new bull market began in October 2002. Last year's results in public portfolios were +93%. This year's results are up an incredible 17%. This will allow me to go back on the payroll sometime this year and to participate in my share of the firm's profits.

I should also like to mention that three years ago Amerindo was awarded a license by the Small Business Administration for an SBIC fund. This involves our having a joint venture with the Small Business Administration to fund new companies in technology. In retrospect, Amerindo correctly withheld making any investments during the three-year

AMERINDO INVESTMENT ADVISORS INC.
---

bear market. But as a result of not having invested the funds raised during this period, we have had to reapply for an extension of our original license. The Commissioner of the SBA, the Honorable Roberto Barreto, has met with me twice to tell me that we should expect this licenses to be renewed. Given the turmoil of the market over the past few years, I am proud of the vote of confidence a US government agency has given my firm and the future of technology investing.

3. Reported Errors in the Press on Charitable Giving
You stated that several very large charitable contributions that had been quoted in the press on my part, including a $50 million gift to the Kennedy Center. The truth is that these were pledges and not outright charitable contributions. They were effectively made in the 1999-2000 period, the year my personal wealth increased substantially owing to the bull market in technology. These pledges were long term in nature, effectively 10 years each. Since 2000, I have not contributed to charity and have no plans to do so now or any time in the near future.

4. Current Plans
As noted above, I have spent the last 12-18 months, after being out of the office for almost two years owning to major surgery, consolidating debt. This has largely involved selling a number of real estate properties, which I had borrowed against during the market decline. (These properties were sold with furnishings and art.) As I mentioned at the meeting, I have three properties that are in the process of being sold now, although the net proceeds to me will be fairly miniscule. All of these will require a discharge of liens to be sold. The principal advantage to selling the properties is that it will increase my ability to service the IRS debt. This should dovetail with a salary reinstatement this year, and the expected reliquification of a number of my private investments that should come to the public (IPO) market.

You indicated that there appeared to be considerable equity in my assets, which is simply not the case. My wealth was made, and should continue to be made, by realizing gains in the public stock market through my private, venture-capital holdings, and from my equity ownership of the company I helped co-found. In sum, the unprecedented bear market, plus serious health problems over a two-year period, created an unexpected financial situation that could now be rectified in the next 1-3 years.

Thank you.

Sincerely,

*[signature]*

Alberto Vilar

AV:ds