July 29, 2004

Roberto,

No doubt both Rich and I have been understandably on edge as we approach the Committee's post due diligence-timeline. My initial response to Rich unfortunately reflected my annoying surprise at having the confidential correspondence of my private assistant to my private banker be reviewed by a battery of company lawyers without my knowledge or time to review it. On calmer reflection, I do believe the explanation I gave you stands. The fact is that I never owned the cited shares privately, as can be easily corroborated by public records. Moreover, whatever interpretations might be given to what Diane meant to say on my behalf in her memo, it remains an undisputable fact that I did not own the shares. While I had hoped at that time to own those shares in the near term future, before they went public, that obviously did not happen, as I explain below.

Next, Amerindo had been in a pitched battle for survival with a New York based hedge fund, Millennium Partners, to ward off their efforts to force the liquidation of the Amerindo Internet Fund Plc, ("AIF") a UK investment trust. Millennium is a well-known trustbuster. One of the strategies Gary and I attempted was to buy outright the Fund's private equity portfolio to reduce the public share price discount. (This was another reason I did not want to liquidate the Citibank line at that time.) AIF had the two private equities that I indicated were likely to come public over the next six months. Gary and I also own shares in AIF. Either way, I stood to benefit from these two private companies coming public.

Lastly, Citibank had called in my unsecured loan within a week of the market bottom, when liquidity was extremely tight. It stands to reason that I threw everything that I could at them to bring them to reason, which eventually prevailed. Make no mistake, however, this was the single most unpleasant experience in my life after Cuba. The bank with the 'boarding-house reach' acted in a truly abusive way, because they could, notwithstanding that my firm manages a portfolio for their clients.

We remain unabashed bulls on our technology sectors prospects' and hope that the completion of the due diligence now let's us jointly exploit this extremely promising opportunity.

Regards,
Alberto