```
FROM            : Alberto Vilar </O=AMERINDO/OU=AIA_NYC/CN=RECIPIENTS/CN=ALBERTOV>
ORG             :
TO              : 'victoria.m.moran@smithbarney.com'
CC              :
BCC             :
DATE            = 07/21/2004
TIME            : 19:36:43 GMT
GMT_DATE        = 07/21/2004
GMT_TIME        : 19:36:43 GMT
SUBJECT         :
FOLDER          : \Personal Folders\Michael Shattner\Sent Items
ATTACHMENT      :
HEADER          :
MESSAGEID       : 0d9ba7ae8af5f244bdfca000d7a04eebe979b8@aiaexchange.amerindo.com
MESSAGEINDEX    = 0000000092
ENTRYID         : 00000000248EF97E5A4E774FBB43BB1E7C27AF80247E2300
BODY            : Hi Vicki:
```

My understanding is that you are away on holiday, and I don't know whether you will get this email, but I am sending it nevertheless.

You left me the name of Crissell Morales (212.603.6236) to call in your absence to set up the new account, which I am working on. In the meantime, an important question came to mind which I wanted to give to Crissell. I called Crissell at 11:00 this morning and got Marie, who I regret to say lacked office tact, which I felt obligated to bring to her attention - in other words, I really got the bum's rush, which was not comforting for the start of what could be a very important relationship to me.

Next, at 3:00 today I called Crissell, wondering why my phone call had not been returned. Crissell told me she never got the message from Marie. Frankly, I think this is something you would want to know and would want to take care of.

I really have a straightforward question that is operational in nature. This is the question, which I have discussed with you in various shapes and forms: on July 28, my shares in Eye Tech Pharmaceuticals (EYET) will have their "underwriters lock up" expire. My question to Crissell is as follows: can we borrow against the shares on the 28th of July, yes or no; or, does Smith-Barney have to send the shares to the Registrar to be "cleaned"?

As you can appreciate, Amerindo has a number of investment banking/custodial relationships on Wall Street. I know for a fact that Merrill Lynch would lend against these shares on July 28, given the expiry of the lock up. Merrill Lynch has also told us that it would take three days to get the certificates themselves cleaned up.

I need to get this information to Citibank as soon as possible. Initially I don't think we're going to borrow more than a million dollars against the shares, which are worth over 5 million.

Hopefully my answer to this important question is in the works with Crissell, so I'll leave any intervention on your part up to you.
Hope you are enjoying your holiday.

Best regards,

Alberto Vilar

```
PSTFILE         = Amerindo Non Priv 16
IDNUM           = ID-0175843
```