# Moran, Victoria M [PVTC]

**From:** Moran, Victoria M [PVTC]
**Sent:** Wednesday, July 28, 2004 4:21 PM
**To:** 'vilar@amerindo.com'
**Cc:** 'mshattner@amerindo.com'; 'dmainzer@amerindo.com'
**Subject:** Margin Debt/Delegending

Hi, Alberto. We received the Eyetech stock certificate today and it has been deposited into safekeeping. You can borrow against it as soon as tomorrow -- all I need is the wiring instructions as to where you want the proceeds to go.

In addition, we are in the process of getting the stock certificate delegended and I will let you know when that is done. In the meantime, this process will not interfere with our lending against the stock.

I'm delighted that we got this done, and look forward to working with you and your team. Thanks for the business, and all the best, Vicki

P.S. Let's have a big picture meeting sometime, so that I can catch up with you and understand your objectives better -- I look forward to doing a great job for you!

Victoria M. Moran, CIMC
Vice President - Investments
Smith Barney/Citigroup
666 Fifth Avenue - 13th floor
New York, New York   10103
(212) 603-6261
fax (212) 765-1057
victoria.m.moran@smithbarney.com
http://www.fc.smithbarney.com/victoriamoran

"Confidential treatment Requested
by Citigroup"

000112