P.1/1

**AMERINDO INVESTMENT ADVISORS INC.**

August 3rd, 2004

To:   Victoria M. Moran – Vice President – Investments
      Salomon Smith Barney

Tel: 212-603-6261
Fax: 212-765-1057

Please arrange for $871,385 to be transferred

From account of:      Alberto Vilar – Account:
                      Amerindo Tech Growth Fund
                      #313-318-99-14

To be sent to:        PBG Concentration Account
37428705
                      Re:  Alberto Vilar Loans

ABA # 021000089

_Authorized Signature,_
Alberto Vilar



"Confidential treatment Requested by Citigroup"

000220

AUG-03-2004 12:28 From:                    2123717004              To:912127651057                P.1/1

AUG-03-2004 08:40 From:                    2123717004              To:2122230021                 P.1/1

## AMERINDO INVESTMENT ADVISORS INC.

**August 3rd, 2004**

To:   Victoria M. Moran – Vice President – Investments
      Salomon Smith Barney

Tel:  212-603-6261
Fax:  212-765-1057

---

Please arrange for $102,500 to be transferred,

From account of:        Alberto Vilar – Account:
                        Amerindo Tech Growth Fund
                        #313-318-99-14

To be sent to:          Wilmington Trust FSB

To account of           Alberto Vilar  #2843-8311

ABA #                   031-1000-092

*[signature]*
Authorized Signature,
Alberto Vilar

"Confidential treatment Requested
by Citigroup"

000217