# AMERINDO
## INVESTMENT ADVISORS INC.

399 Park Avenue 22nd Floor
New York, NY 10022
Tel (212) 418-2532
Fax (212) 317-9381

# FAX

## PERSONAL & CONFIDENTIAL

August 11, 2004                                         Pages: 1 including cover

TO:         Vicki Moran

FAX #:      212.765.1057

FROM:       Alberto Vilar

---

Please transfer $31,000.00 from account # 313-31899-1-4-466 ATGF to

Account #:  2843-8311
Bank:       Wilmington Trust
ABA #:      031100092

Thank you,

*Alberto Vilar*

Alberto Vilar

"Confidential treatment Requested by Citigroup"

000223

# AMERINDO
## INVESTMENT ADVISORS INC.

399 Park Avenue 22nd Floor
New York, NY 10022
Tel (212) 418-2532
Fax (212) 317-9381

# FAX

## PERSONAL & CONFIDENTIAL

August 18, 2004                                Pages: 1 including cover

**TO:**     **Vicki Moran**
            **Smith Barney/Citigroup**

**FAX #:**  212.765.1057

**FROM:**   Michael Shattner

---

Please arrange for the following wire to go out today:

**Amount:**   $540,000.00

**From:**     Alberto Vilar – Amerindo Tech Growth Fund
              Account #313-318-99-14

**To:**       Citibank
              153 East 53rd Street – 20th Floor
              New York, NY 10043

**Account:**  PBG Concentration Account
              Account #37428705

**ABA #:**    021000089

*[signature]*
Alberto Vilar
Authorized Signature

"Confidential treatment Requested by Citigroup"

000229

# AMERINDO
## INVESTMENT ADVISORS INC.

399 Park Avenue 22nd Floor
New York, NY 10022
Tel (212) 418-2532
Fax (212) 317-9381

# FAX

## PERSONAL & CONFIDENTIAL

August 18, 2004                                    Pages: 1 including cover

**TO:**     Vicki Moran
            Smith Barney/Citigroup

**FAX #:**  212.765.1057

**FROM:**   Michael Shattner

---

Please arrange for the following wire to go out today:

**Amount:**   $100,000.00

**From:**     Alberto Vilar – Amerindo Tech Growth Fund
              Account #313-318-99-14

**To:**       Wilmington Trust FSB

**Account:**  Alberto Vilar #2843-8311

**ABA #:**    031100092

*[signature]*
Alberto Vilar
Authorized Signature

"Confidential treatment Requested by Citigroup"

000226