MAY-21-98  10:37  From:

FROM LONGUEVILLE MANOR HOTEL
MAY-20-98  17:10  From:

212-371-7004       T-698  P.01/01  Job-428

**THE PRESIDENT'S OFFICE**
**60 SOUTH LINCOLN STREET**
**WASHINGTON, PA 15301-4801**
**724-222-2222**
**724-222-2102 (Fax)**

W & J COLLEGE

# Fax

FROM                              To:

| To: | Diane Cooper | From: | Howard J. Burnett |
| Fax: | 212-753-3539 | Pages: | 3 |
| Phone: | 212-371-2240 | Date: | May 20, 1998 @ 2:07 PM |
| Re: | | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Enclosed is a draft press release concerning Alberto Vilar. The local newspaper is insisting on a story. Please clear this release with Alberto so that we may send it to the newspaper. If there is anything he wishes omitted or added to the release kindly let me know.

Sincerely,

Howard J. Burnett

DIANE.  IT Looks FINE AS is!!
         AV

THE PRESIDENT'S OFFICE
60 SOUTH LINCOLN STREET
WASHINGTON, PA 15301-4801
724-223-6000
724-223-6108 (FAX)

**W & J COLLEGE**



|  |  |  |  |
|---|---|---|---|
| **To:** | Diane Cooper | **From:** | Howard J. Burnett |
| **Fax:** | 212-753-3539 | **Pages:** | 3 |
| **Phone:** | 212-371-6360 | **Date:** | May 20, 1998 @ 2:07 PM |
| **Re:** |  | **CC:** |  |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☑ **Please Recycle**

● **Comments:**

Enclosed is a draft press release concerning Alberto Vilar.  The local newspaper is insisting on a story.  Please clear this release with Alberto so that we may send it to the newspaper.  If there is anything he wishes omitted or added to the release kindly let me know.

Sincerely,

Howard J. Burnett

W&J-1000394

FOR IMMEDIATE RELEASE

WASHINGTON, PA -- A Washington and Jefferson College graduate who has achieved unparalleled success in the investment world, will provide a gift of more than $5 million to fund a new technology center at the College.

Alberto Vilar, whose Amerindo Investment Advisors firm pioneered the management of institutional portfolios in emerging growth stocks in electronics and biotechnology, received a honorary doctor of humanities degree at W & J's Commencement on May 16.  At that time, it was announced that he has a keen interest in supporting construction of a new technology center, which will be named the Vilar Center for Technology in his honor.

Details concerning the location of the new facility, its design and the specific timetable for its construction are currently being determined.

In his honorary degree citation, Vilar was recognized as "a philanthropist, entrepreneur, community leader and loyal son of this College" and a business leader who has "demonstrated his commitment to actively helping others."

He came to W & J from Cuba and Puerto Rico in 1958 and graduated in 1962.  He subsequently earned an MBA degree from Iona

- more -

W&J-1000395

Add one

College and completed the course work for a doctoral degree in
mathematics and economics at New York University.

A Chartered Financial Analyst, he began his career in
international banking in New York with Citibank, then moved into
the field of investment research and portfolio management.   In
1980, he started his own firm, Amerindo Investment Advisors, and
today his firm is recognized as the leader in the single most
dynamic field of the global economy.

He has had a lifetime interest in classical music and in
supporting the performing arts.  A major supporter of many
world-renown classical music institutions around the world, he is
the largest single patron of The Metropolitan Opera Association.
This fall he will contribute a gift exceeding $25 million to The
Metropolitan Opera, one of the two largest gifts ever given to
classical music.  In February of this year, the Vilar Center for
the Performing Arts was inaugurated in Vail-Beaver Creek,
Colorado, as a result of his $10 million naming gift.

Vilar also has long had an interest in sponsoring educational
assistance for science and for Hispanic students.  He currently
provides full financial support for six college students in the
U.S., Europe and China.

- 30 -

W&J-1000396