

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

*Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

**UNITED STATES OF AMERICA**

PASSPORT / PASSEPORT

Type / Type: P
Code / Code: USA
Passport No. / No. de passeport: 111263377

Surname / Nom: VILAR
Given Names / Prénoms: ALBERT W
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of Birth / Date de naissance: 04 OCT/OCT 40
Sex / Sexe: M
Place of Birth / Lieu de naissance: NEW JERSEY, U.S.A.
Date of Issue / Date de délivrance: 19 JUN/JUN 96
Date of Expiration / Date d'expiration: 18 JUN/JUN 06
Authority / Autorité: PASSPORT AGENCY NEW<YORK
Amendments / Modifications SEE PAGE 48

P<USAVILAR<<ALBERT<W<<<<<<<<<<<<<<<<<<<<<<<<
1112633775USA4010043M0606181<<<<<<<<<<<<<<6

## IMPORTANT INFORMATION

**VISAS.** IT IS THE RESPONSIBILITY OF THE PASSPORT BEARER TO OBTAIN THE NECESSARY VISAS.

LE TITULAIRE DU PASSEPORT EST SEUL RESPONSABLE DE L'OBTENTION DES VISAS REQUIS.

**HEALTH.** Under the International Health Regulations, a country may require an International Certificate of Vaccination only against yellow fever. Smallpox vaccination is NOT required by any country. NO immunizations are required to return to the United States. Prophylactic medication for malaria and certain other preventive measures are advisable for some travelers; check with your health care provider or local health department. Also, ensure that your immunizations for measles, mumps, rubella, polio, diphtheria, tetanus, and pertussis are up to date. If you become ill upon returning to the United States inform your physician of your recent travel abroad. For more information, call (404) 332-4559 or see "Health Information for International Travel," Stock no. 017-023-00195-2, P.O. Box 371954, Pittsburgh, PA 15250-7954.

**HEALTH INSURANCE.** Persons considering foreign travel should determine what health insurance coverage, if any, they require while outside the United States. Medicare does not cover health care costs outside the United States and its territories, except under limited circumstances in Canada and Mexico.

**CUSTOMS SERVICE.** The pamphlet "Know Before You Go" gives you current information about Customs requirements and how they apply to articles acquired abroad. Obtain a copy from your nearest Customs Office or from the U.S. Customs Service, P.O. Box 7407, Washington, DC 20044. The transportation of currency or bearer instruments in any amount is legal; however, if you take out of or bring into the United States more than $10,000 (U.S. or foreign currency, travelers checks, money orders, or other bearer monetary instruments), you are required by U.S. law to file a report with the U.S. Customs Service.

## IMPORTANT INFORMATION

**TREASURY.** As of November 1993, the purchase or importation of Cuban, North Korean, Vietnamese, Libyan, Iraqi, or Yugoslav (Serbian and Montenegrin) goods or services and the importation of Haitian or Iranian goods or services are generally prohibited, except for informational materials and limited goods imported directly as accompanied baggage. Transactions related to travel in or to Cuba, Libya, or Iraq are generally prohibited. For current restrictions and licensing information, write the Office of Foreign Assets Control, U.S. Department of the Treasury, Second Floor Annex, Washington, DC 20220, or call (202) 622-2480.

**AGRICULTURE.** Your reentry into the United States will be speeded if you bring with you NO foreign meat or other animal products, birds, animals, fruits, vegetables, plants, soil, or other agricultural items. It is unlawful to import foreign agricultural items without permission, since they may carry destructive pests or animal pests and diseases. For specific information, write "Quarantines," PPQ, APHIS, U.S. Department of Agriculture, 6505 Belcrest Road, Hyattsville, MD 20782.

**INTERNAL REVENUE SERVICE.** All U.S. citizens working and residing overseas are required to file and report on their worldwide income. See IRS Publication 54 for an explanation of filing requirements and benefits.

**LOSS, THEFT, OR DESTRUCTION OF PASSPORT** should be reported immediately to local police authorities and to the Passport Services Office, Washington, DC 20520-4818 or, if overseas, to the nearest American Embassy or Consulate. Your passport is a valuable citizenship and identity document, so it should be carefully safeguarded. Its loss could cause you unnecessary travel complications, as well as significant expense.

THIS PASSPORT IS THE PROPERTY OF THE UNITED STATES GOVERNMENT. IT MUST BE SURRENDERED UPON DEMAND IF MADE BY AN AUTHORIZED REPRESENTATIVE OF THE UNITED STATES GOVERNMENT.

## IMPORTANT INFORMATION

**ALTERATION OR MUTILATION OF PASSPORT.** This passport must not be altered or mutilated in any way. Alterations may make it INVALID, and, if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries, in connection with official matters, may place stamps or make statements, notations, or additions in this passport. You may amend or update personal information for your own convenience on page 5.

**LOSS OF CITIZENSHIP.** Under certain circumstances, you may lose your U.S. citizenship by performing any of the following acts: (1) being naturalized in a foreign state; (2) taking an oath or making a declaration to a foreign state; (3) serving in the armed forces of a foreign state; (4) accepting employment with a foreign government; or (5) formally renouncing U.S. citizenship before a U.S. consular officer overseas. For detailed information, contact the nearest American Embassy or Consulate, or contact the Office of Citizens Consular Services, Department of State, Washington, DC 20520-4818, or call (202) 647-3444.

**DUAL CITIZENS.** A person who has the citizenship of more than one country at the same time is considered a dual citizen. Citizenship may be based on facts of birth, marriage, parentage, or naturalization. A dual citizen may be subject to all of the laws of the other country that considers that person its citizen while in its jurisdiction. This includes conscription for military service. Dual citizens who encounter problems abroad should contact the nearest American Embassy or Consulate.

**TRAVEL INFORMATION** for countries you may visit may be heard by calling (202) 647-5225. Travel information is also posted at U.S. Passport Agencies and U.S. Embassies and Consulates overseas.

**WHEN TRAVELING IN DISTURBED OR REMOTE AREAS OR RESIDING ABROAD,** you should register and keep in touch with the nearest American Embassy or Consulate. You may listen to the latest Department of State travel information by calling (202) 647-5225.

---

NOTICE: IT IS UNLAWFUL FOR ANY PERSON NOT THE BEARER TO USE THIS PASSPORT, TO USE THIS PASSPORT IN CONTRAVENTION OF THE PASSPORT REGULATIONS OR OF THE CONDITIONS OR RESTRICTIONS SET OUT IN THIS PASSPORT, OR TO USE THIS PASSPORT FOR TRAVEL TO COUNTRIES WHERE A U.S. PASSPORT IS NOT VALID. TITLE 18, U.S. CODE, SECTION 1544. FOR FURTHER INFORMATION, CONTACT THE NEAREST U.S. EMBASSY OR CONSULATE OR THE DEPARTMENT OF STATE (202) 326-6400.

FOR YOUR PROTECTION, PENCIL IN THE NAMES AND ADDRESSES BELOW.

PLEASE KEEP THESE ENTRIES UP TO DATE

BEARER'S ADDRESS IN THE UNITED STATES.
ADRESSE DU TITULAIRE AUX ETATS-UNIS.

_____

_____

BEARER'S FOREIGN ADDRESS
ADRESSE DU TITULAIRE A L'ETRANGER.

_____

_____

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR THE STATE DEPARTMENT CITIZENS EMERGENCY CENTER, AT (202) 647-5225, AND THE INDIVIDUAL NAMED BELOW.

EN CAS D'URGENCE, PRIERE D'AVISER L'AMBASSADE OU LE CONSULAT DES ETATS-UNIS LE PLUS PROCHE OU LE CENTRE DES URGENCES CONSULAIRES DU DEPARTEMENT D'ETAT, AU (202) 647-5225, AINSI QUE LA PERSONNE DONT LE NOM FIGURE CI-DESSOUS.

Name
Nom _____

Address
Adresse _____

_____

Telephone
Telephone _____































