













٥٠٣٩٩٩
KINGDOM OF SAUDI ARABIA
المملكة العربية السعودية
ENTRY VISA
29 MAR 2001
VALIDITY
Two Month
PASSPORT NO.
111263377
PERIOD OF STAY
1 Week
Non - Employment Visa
SIGNATURE
Vice Consul
ENTRY

<-


<-

<-></->





