CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (White Plains)
## CRIMINAL DOCKET FOR CASE #: 7:02-cr-00411-CM-1

Case title: USA v. O'Donnell

Date Filed: 04/19/2002
Date Terminated: 10/20/2003

Assigned to: Judge Colleen McMahon

**Defendant (1)**

| | | |
|---|---|---|
| **Michael C. O'Donnell**  *TERMINATED: 10/21/2003* | represented by | **Adrienne Flipse Hausch**  Law Office of Adrienne Flipse Hausch  194 Old Country Road  Mineola, NY 11501  (516) 741-2000  *TERMINATED: 10/21/2003*  *LEAD ATTORNEY*  *Designation: Retained* |
| | | **Alan Stuart Richey**  P.O. Box 45223  Tacoma, WA 98445  (253) 548-2196  *TERMINATED: 10/21/2003*  *LEAD ATTORNEY*  *Designation: Retained* |
| | | **John J. Broderick**  John J. Broderick Esq.  32 Pine Road  Syosset, NY 11791  *TERMINATED: 10/21/2003*  *LEAD ATTORNEY*  *Designation: Retained* |
| | | **Luis Anthony Ewing**  1911 S.W. Campus Drive, # 462  Federal Way, WA  (253) 202-1911  *TERMINATED: 10/21/2003*  *LEAD ATTORNEY* |
| | | **Susanne Brody**  Federal Defenders of New York Inc. (White Plains)  300 Quarropas Street  White Plains, NY 10601  (914) 428-7124  Fax: (914) 997-6872  Email: susanne_brody@fd.org  *TERMINATED: 10/21/2003*  *LEAD ATTORNEY*  *Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**

26:7212A.F CORRUPT OR FORCIBLE INTERFERENCE

**Disposition**

Imprisonment: 37 months; Supervised Release: 36 months; Fine: $25,000.00.

(1s)

| | |
|---|---|
| 26:7201.F ATTEMPT TO EVADE OR DEFEAT TAX<br>(2s–6s) | Imprisonment: 37 months; Supervised Release: 36 months; Fine: $25,000.00. |
| 26:7203D.F WILLFUL FAILURE TO FILE RETURN/INFORMATION, ETC.<br>(7s) | Imprisonment: 37 months; Supervised Release: 36 months; Fine: $25,000.00. |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 26:7201.F ATTEMPT TO EVADE OR DEFEAT TAX<br>(1–3) | Counts on previous indictment are dismissed on the motion of the US. |

**Highest Offense Level (Terminated)**

Felony

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Barbara E. Guss**<br>U.S. Attorney's Office, White Plains<br>300 Quarropas Street<br>White Plains , NY 10601<br>(914) 993-1900<br>Fax: (914) 993-1980<br>Email: Barbara.Guss@usdoj.gov<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2002 | 1 | SEALED INDICTMENT as to Michael C. O'Donnell (1) count(s) 1–3 (fk) (Entered: 05/06/2002) |
| 04/11/2002 | 2 | Arrest WARRANT issued as to Michael C. O'Donnell (fk) (Entered: 05/06/2002) |
| 04/19/2002 | | ORAL ORDER as to Michael C. O'Donnell , unsealing indictment ( Entered by Magistrate Judge Mark D. Fox ) (fk) (Entered: 05/06/2002) |
| 04/19/2002 | | Indictment unsealed as to Michael C. O'Donnell (fk) (Entered: 05/06/2002) |
| 04/19/2002 | 3 | Arrest WARRANT Returned Executed as to Michael C. O'Donnell on 4/19/02 (fk) (Entered: 05/06/2002) |
| 04/19/2002 | | Arraignment as to Michael C. O'Donnell (1) count(s) 1–3 before Magistrate Judge Mark Fox. Deft pres with atty Susanne Brody. AUSA Barbara Guss. Taped. Deft pleads not guilty. Deft ROR. Case assigned to USDJ McMahon. (fk) (Entered: 05/06/2002) |
| 04/19/2002 | | PLEA entered by Michael C. O'Donnell . Court accepts plea. Not Guilty: Michael C. O'Donnell (1) count(s) 1–3 (fk) (Entered: 05/06/2002) |

| | | |
|---|---|---|
| 04/19/2002 | | CASE Assigned to Judge Colleen McMahon (fk) (Entered: 05/06/2002) |
| 04/19/2002 | | Preliminary Examination as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft pres with atty Susanne Brody. AUSA Barbara Guss. CtRptr: Christina Arends–Deick. Deft requests adj to obtain new counsel. At deft's request, preliminary conference is adj until 05/06/02 at 9:00 am. As such, speedy trial time is excluded through 05/06/02 in the interest of justice. (fk) (Entered: 05/06/2002) |
| 05/06/2002 | | Status conference as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft is NOT pres. No atty has appeared for deft. AUSA Cathy Seibel pres. CtRptr: Mary Staten. Warrant Ordered for deft's arrest. (fk) (Entered: 05/09/2002) |
| 05/07/2002 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft appeas without aty. AUSA Seibel. CtRptr: Albi Gorn. Warrant Vacated. Matter adj to 05/17/02 at 10:15 am for deft to retain counsel. Previous bail reinstated. Time is excluded from 5/7/02 to 5/17/02. (fk) (Entered: 05/09/2002) |
| 05/16/2002 | 4 | ORDER as to Michael C. O'Donnell...It is Ordered that the discovery date of 05/17/02 is hereby adj until such time as the issue of the deft's representation is settled, whereupon the Govt is to make discovery to defense counsel promplty. It is further Ordered that time is excluded between 05/17/02 through 05/29/02 in the interest of justice. So Ordered ( Signed by Judge Colleen McMahon ); Copies mailed. (fk) (Entered: 05/17/2002) |
| 05/29/2002 | 5 | CJA 23 Financial Affidavit as to Michael C. O'Donnell : Legal Aid Assigned. GAY ( Signed by Magistrate Judge George A. Yanthis ) (fk) (Entered: 06/05/2002) |
| 05/29/2002 | | Status conference as to Michael C. O'Donnell held before Magistrate Judge George A. Yanthis . (Taped) Deft pres with atty Susanne Brody. Court appoints Legal Aid Society to represent this deft. The Court directed Legal Aid to keep time sheets of the time spent in this case. At the conclusion of the case, the deft will be responsible for paying a portion of the cost of his representation. See record. (fk) (Entered: 06/05/2002) |
| 05/29/2002 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft pres with atty Susanne Brody. AUSA Cathy Seibel. CtRptR: Christina Arends–Deick. Discovery by 05/31/02. Deft's motions by 07/01/02. Govt's response by 07/22/02. Deft's reply by 07/29/02. The matter is adj for the Court's decision until 09/17/02. Time is excluded from 5/29/02 to 9/17/02. (fk) (Entered: 06/13/2002) |
| 06/18/2002 | 6 | SUPERSEDING INDICTMENT as to Michael C. O'Donnell (1) count(s) 1s, 2s–6s, 7s (fk) (Entered: 06/24/2002) |
| 09/17/2002 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft pres with atty Susanne Brody. AUSA Kameros. CtRptR: Sue Ghorayeb. Govt's in limine motions by 09/20/02. Response by 10/04/02. Final PTC on 10/11/02 at 9:00 am. (fk) (Entered: 10/03/2002) |
| 10/03/2002 | | Preliminary conference as to Michael C. O'Donnell held before Judge Colleen McMahon . Time is excluded from 10/3/02 to 1/6/03. Dft present w/atty Paul Davison for Susanne Brody. AUSA's Andrew Kameros and Teresa Pesce present. Court Reporter Angela O'Donnell present. Dft requests adjournment of trial to retain counsel(Adrien Flipse Hausch), and for that atty to prepare for trial. Court grants dft's request. Trial adjourned to 1/6/03 at 9:00 a.m.. The final pretrial conference will be held on 12/20/02 at 9:00 a.m.. Speedy trial time is excluded through 1/6/03 in the interest of justice. (pf) (Entered: 10/15/2002) |

| Date | No. | Description |
|---|---|---|
| 10/03/2002 | | ORAL ORDER as to Michael C. O'Donnell, reset scheduling order deadlines: Pretrial Conference for 9:00 12/20/02 for Michael C. O'Donnell ; Jury Trial for 9:00 1/6/03 for Michael C. O'Donnell ; ( Entered by Judge Colleen McMahon ) (pf) (Entered: 10/15/2002) |
| 10/03/2002 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell set at 9:00 12/20/02 for Michael C. O'Donnell (pf) (Entered: 10/15/2002) |
| 10/09/2002 | 7 | LETTER filed as to Michael C. O'Donnell From Adrienne Flipse Hausch, Dated 10/1/02, Addressed to: Honorable Madam Re: request on behalf of the deft. that this matter be condinued until 1/6/03...... (jma) (Entered: 10/09/2002) |
| 12/18/2002 | | Status conference as to Michael C. O'Donnell held before Judge Colleen McMahon . Deft pres with atty Susanne Brody. AUSA Kameros and Pesce. CtRptR: Angela O'Donnell. Deft is directed to retain counsel by 01/06/03. The matter is adj until 01/07/03. Time is excluded from 12/18/02 to 1/7/03. Trial is set for 03/03/03. (fk) (Entered: 12/30/2002) |
| 01/07/2003 | 8 | MOTION by Michael C. O'Donnell to extend time to retain counsel Return Date \*\*/\*\*/\*\* at 0:00. (fk) (Entered: 01/09/2003) |
| 01/07/2003 | 9 | LETTER filed by Michael C. O'Donnell From Michael O'Donnell, Dated 01/07/03, Addressed to: Judge McMahon Re: Motion to extend time to retain counsel. (fk) (Entered: 01/09/2003) |
| 01/07/2003 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell held before Judge Colleen McMahon . DEft pres with atty Susanne Brody. AUSA Pesce. CtRptr: Albi Gorn. Deft's motion to withdraw his request for Court appointed counsel is granted. Accordingly, Susanne Brody of the Federal Defenders Office is relieved. Deft's request for further adj of the trial date to retain counsel is denied. The trial of this matter will be held on 03/03/03 beginning at 9:00 am. Deft shall be ready for trial on that date with or without atty. (see transcript) The deft is to respond to Govt's in limine motions by 02/21/03. Both the Govt and the deft are to submit proposed voir dire and jury instructions to the Court 10 days prior to trial. A final PTC will be held on 02/23/03 at 4:30 pm. Time is excluded from 1/7/03 to 3/3/03. (fk) (Entered: 01/09/2003) |
| 02/24/2003 | 10 | MOTION by Michael C. O'Donnell to extend time to file motions No Return Date (fk) (Entered: 02/25/2003) |
| 02/25/2003 | | Filed Memo−Endorsement on motion to extend time as to Michael C. O'Donnell denying [10−1] motion to extend time to file motions as to Michael C. O'Donnell (1) ( Signed by Judge Colleen McMahon ); (fk) (Entered: 02/25/2003) |
| 02/26/2003 | | PRETRIAL CONFERENCE as to Michael C. O'Donnell held before Judge Colleen McMahon . DEft pres with atty Luis Ewing and Alan Richey (who are awaiting pro hac vice) via telephone. AUSA Kameros and Okula. CtRptR: Christina Arends−Deick. Trial set for 03/03/03 is adj at the request of the deft. Deft is to respond to the Govt's in limine motions by 03/21/03. A final PTC will be held on 05/09/03 at 2:00 pm. The trial will commence on 05/12/03 at 9:00 am. Time is excluded through 03/12/03 for new counsel to prepare case. Time is excluded from 2/26/03 to 3/12/03. (fk) (Entered: 03/18/2003) |
| 04/01/2003 | 11 | TRANSCRIPT of record of proceedings as to Michael C. O'Donnell for dates of 02/26/03, before Judge Colleen McMahon . (fk) (Entered: 04/01/2003) |
| 04/24/2003 | 12 | MOTION by Michael C. O'Donnell for Alan Stuart Richey to appear pro hac vice Return Date \*\*/\*\*/\*\* at 0:00. (fk) (Entered: 04/28/2003) |

| | | |
|---|---|---|
| 04/29/2003 | 13 | ORDER as to Michael C. O'Donnell granting [12-1] motion for Alan Stuart Richey to appear pro hac vice as to Michael C. O'Donnell (1) ( Signed by Judge Colleen McMahon ); (fk) (Entered: 05/02/2003) |
| 05/02/2003 | 14 | LETTER filed by USA as to Michael C. O'Donnell From Andrew Kameros, Dated 09/20/02, Addressed to: Judge McMahon Re: Support for the Govt's request for in limine rulings. (fk) (Entered: 05/07/2003) |
| 05/02/2003 | 15 | MOTION by Michael C. O'Donnell to dismiss Return Date \*\*/\*\*/\*\* at 0:00. (fk) (Entered: 05/07/2003) |
| 05/02/2003 | 16 | LETTER filed by USA as to Michael C. O'Donnell From Andrew Kameros, Dated 04/16/03, Addressed to: Judge McMahon Re: response to motion to dismiss (fk) (Entered: 05/09/2003) |
| 05/02/2003 | 17 | DECISION and ORDER on DEFT'S MOTION TO DISMISS THE INDICTMENT as to Michael C. O'Donnell ( Signed by Judge Colleen McMahon ); (fk) (Entered: 05/09/2003) |
| 05/08/2003 | 18 | MOTION by Michael C. O'Donnell for Luis Anthony Ewing to appear pro hac vice (jma) (Entered: 05/09/2003) |
| 05/12/2003 | 19 | MOTION by Michael C. O'Donnell to dismiss the indictmemt Return Date \*\*/\*\*/\*\* at 0:00. (fk) (Entered: 05/16/2003) |
| 05/12/2003 | | Voir dire begun as to Michael C. O'Donnell (1) count(s) 1s, 2s-6s, 7s Terminated motions: (fk) (Entered: 05/29/2003) |
| 05/12/2003 | | Jury selection as to Michael C. O'Donnell held before USDJ McMahon. Jury is sworn. CtRptR: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/12/2003 | | Jury trial as to Michael C. O'Donnell begun before USDJ McMahon. AUSA Okula. CtRptR: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/12/2003 | | Jury trial as to Michael C. O'Donnell held. (fk) (Entered: 05/29/2003) |
| 05/13/2003 | | Jury trial as to Michael C. O'Donnell held before USDJ MCMahon. CtRptr: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/14/2003 | | Jury trial as to Michael C. O'Donnell held before USDJ McMahon. CtRptr: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/15/2003 | | Jury trial as to Michael C. O'Donnell held before USDJ McMahon. CtRptr: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/16/2003 | | Jury trial as to Michael C. O'Donnell held before USDJ McMahon. CtRptr: Sue Ghorayeb. (fk) (Entered: 05/29/2003) |
| 05/16/2003 | | Jury trial as to Michael C. O'Donnell concluded before USDJ McMahon. (fk) (Entered: 05/29/2003) |
| 05/16/2003 | | JURY VERDICT as to Michael C. O'Donnell Guilty: Michael C. O'Donnell (1) count(s) 1s, 2s-6s, 7s The matter is adj for sentencing on 09/02/02 at 9:00 am. The Probation Dept is to prepare a PSI report. Deft is remanded. (fk) (Entered: 05/29/2003) |
| 05/16/2003 | | Court Orders pre-sentence investigation as to Michael C. O'Donnell (fk) (Entered: 05/29/2003) |
| 05/16/2003 | | Sentencing set for 9:00 9/2/03 for Michael C. O'Donnell , Michael C. O'Donnell (1) count(s) 1s, 2s-6s, 7s (fk) (Entered: 05/29/2003) |
| 05/19/2003 | 20 | MOTION by Michael C. O'Donnell to dismiss No Return Date (pf) (Entered: 05/20/2003) |
| 05/28/2003 | 21 | RENEWED MOTION by Michael C. O'Donnell for judgment of acquital Return Date \*\*/\*\*/\*\* at 0:00. (fk) Modified on 08/28/2003 (Entered: 05/30/2003) |

| 06/06/2003 | 22 | NOTICE OF APPEAL of Jury Verdict by Michael C. O'Donnell , Michael C. O'Donnell (1) count(s) 1s, 2s–6s. Filing Fee $ 105.00 Receipt # 468409, . Copies of notice of appeal mailed to Attorney(s) of Record: Alan Stuart Richey . (fk) (Entered: 06/11/2003) |
| --- | --- | --- |
| 06/11/2003 | | Notice of Appeal with copy of order/judgment and two copies of docket entries as to Michael C. O'Donnell transmitted to USCA re: [22–1] appeal on 06/11/03 (fk) (Entered: 06/11/2003) |
| 08/08/2003 | 25 | Certified True Copy of Order from USCA of Motion for Stay of Appeal Pending Sentencing....Granted. (fk) (Entered: 08/21/2003) |
| 08/11/2003 | 23 | Filed Memo–Endorsement on letter: by Michael C. O'Donnell , from John Broderick, Dated 08/08/03, addressed to: Judge McMahon Re: Extension of time to reply until 08/21/03. Endorsement: Application Granted. , ( Signed by Judge Colleen McMahon ); (fk) (Entered: 08/11/2003) |
| 08/11/2003 | 24 | NOTICE of Appearance for Michael C. O'Donnell by Attorney John J. Broderick (fk) (Entered: 08/13/2003) |
| 09/29/2003 | 27 | Filed Memo–Endorsement on letter: by USA as to Michael C. O'Donnell , from Peter G. Neiman, Dated 09/26/03, addressed to: Dear Judge Preska Re: request a modest adjournment, we do nto oppose extending that adjournment until 10/27/03....ENDORSED, The trial is adjourned until Wednesday, Octorber 29, 2003. The final pre–trial conference will take place on Thursday, October 23 at 2:00pm in Courtroom 12A, 500 Pearl Street. The previously–scheduled conference on 09/30/03 is cancelled. So orderd. ( Signed by Judge Loretta A. Preska ); (jma) (Entered: 10/01/2003) |
| 09/30/2003 | 26 | TRANSCRIPT of record of proceedings as to Michael C. O'Donnell for dates of 05/09/03, before Judge Colleen McMahon . (jma) (Entered: 09/30/2003) |
| 10/07/2003 | 28 | ORDER as to Michael C. O'Donnell denying [21–1] motion for judgment of acquital as to Michael C. O'Donnell (1)...On 5/28/03, Deft filed a renewed motion for judgment of acquittal. Deft argues that the Indictment was deficient in failing to charge a statute that imposes a duty to file tax returns and pay taxes. For the reasons set forth in the Govt's response, which are restated herein, Defts motion is denied. Deft will be sentenced on 10/17/03. ( Signed by Judge Colleen McMahon ); Faxed to all Counsel. (ac) (Entered: 10/09/2003) |
| 10/07/2003 | | ORAL ORDER as to Michael C. O'Donnell , set Sentencing for 10/17/03 for Michael C. O'Donnell ( Entered by Judge Colleen McMahon ) (ac) (Entered: 10/10/2003) |
| 10/10/2003 | 29 | NOTICE OF MOTION by Michael C. O'Donnell for an Order setting aside the jury's verdict and granting him a new trial . (Affirmation in Support attached). (ac) (Entered: 10/14/2003) |
| 10/20/2003 | | Sentencing held Michael C. O'Donnell (1) count(s) 1s, 2s–6s, 7s (ac) (Entered: 10/23/2003) |
| 10/21/2003 | 30 | LETTER filed by Michael C. O'Donnell From John Broderick, Dated 8/20/03, Addressed to: Judge McMahon Re: US v Michael O'Donnell. Enclosed are my objections to the PSI report as well as my Pre–Sentence Memorandum. I suggest that Supervised Release would be appropriate here if a term of probation is rejected. (letters in support attached). (ac) (Entered: 10/22/2003) |
| 10/21/2003 | | DISMISSAL of Count(s) on Government Motion as to Michael C. O'Donnell Terminated motions: Counts Dismissed: Michael C. O'Donnell (1) count(s) 1–3 (ac) (Entered: 10/23/2003) |

| | | |
|---|---|---|
| 10/21/2003 | 31 | JUDGMENT #03,0361 WP. Deft Michael C. O'Donnell (1) was found guilty on count(s) 1s, 2s–6s, 7s. Counts on previous indictment are dismissed on the motion of the US. Imprisonment: 37 months; Supervised Release: 36 months; Fine: $25,000.00. Special Assessment: $575.00 due immediately. Deft is remanded to the custody of the US Marshal. Deft shall not possess a firearm. Additional Supervised Release Terms: The Deft shall be supervised by the district of residence. Payment of the $25,000 fine, the $575.00 special assessment, and payment of all back and present taxes (including penalties and interest) is a condition of the Defts supervised release. Deft must cooperate with and make all necessary payments to the IRS. The Deft shall provide the probation officer with access to any requested financial information. The Deft shall not incur new credit charges or open additional lines of credit while there remains an outstanding balance on the monetary penalties. Deft shall pay the $25,000 fine to the "Clerk, US District Court, SDNY". The fine shall be paid in monthly installments of 15% of gross monthly income over a period of supervision to commence 30 days after the date of this judgment or the release from custody. If the Deft is engaged in a BOP non–UNICOR work program, the Deft shall pay $25.00 per quarter toward the criminal financial penalties. However, if the Deft participates in the BOP's UNICOR program as a grade 1 through 4, the Deft shall pay 50% of his monthly UNICOR earnings toward the criminal financial penalties, consistent with BOP regulations. ; Judgment and Commitment issued to U.S. Marshal ( Signed by Judge Colleen McMahon ) (ac) (Entered: 10/23/2003) |
| 10/21/2003 | 32 | LETTER filed by USA as to Michael C. O'Donnell From AUSA Kameros, Dated 08/26/03, Addressed to: Judge McMahon Re: Sentencing (fk) (Entered: 10/24/2003) |
| 10/22/2003 | 33 | LETTER filed by Michael C. O'Donnell From John Broderick, Dated 10/10/03, Addressed to: Judge McMahon Re: Sentencing (fk) (Entered: 10/24/2003) |
| 10/23/2003 | 34 | MOTION by Michael C. O'Donnell for leave to file Informal Amicus Curiae Brief Return Date **/**/** at 0:00. (fk) (Entered: 10/24/2003) |
| 10/23/2003 | 35 | LETTER filed by Michael C. O'Donnell From Joseph Saladino, Dated 10/16/03, Addressed to: Judge McMahon Re: Tax returns. (fk) (Entered: 10/24/2003) |
| 10/23/2003 | 36 | LETTER filed by Michael C. O'Donnell From Joseph Saladino, Dated 10/16/03, Addressed to: Judge McMahon. Re: Tax returns. (Copies of Tax returns from 1995 thru 2002 attached) (fk) (Entered: 10/24/2003) |
| 10/27/2003 | 37 | NOTICE OF APPEAL by Michael C. O'Donnell , Michael C. O'Donnell (1) count(s) 1s, 2s–6s, 7s. Filing Fee $ 150.00 Receipt # 483103, [31–1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: John J. Broderick . (fk) (Entered: 10/28/2003) |
| 10/28/2003 | | Notice of Appeal with copy of order/judgment and two copies of docket entries as to Michael C. O'Donnell transmitted to USCA re: [37–1] appeal on 10/28/03 (fk) (Entered: 10/28/2003) |
| 12/08/2003 | 38 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal as to Michael C. O'Donnell re: 22 Notice of Appeal – Final Judgment, 37 Notice of Appeal – Final Judgment, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. The record will be retained by the USDC until further instruction by the USCA. (cg, ) (Entered: 12/08/2003) |
| 12/08/2003 | 39 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 05/13/03 before Judge Colleen McMahon. (fk, ) (Entered: |

| | | |
|---|---|---|
| | | 12/09/2003) |
| 12/08/2003 | 40 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 05/14/03 before Judge Colleen McMahon. (fk, ) (Entered: 12/09/2003) |
| 12/08/2003 | 41 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 05/15/03 before Judge Colleen McMahon. (fk, ) (Entered: 12/09/2003) |
| 12/08/2003 | 42 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 05/16/03 before Judge Colleen McMahon. (fk, ) (Entered: 12/09/2003) |
| 12/15/2003 | 43 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 10/17/2003 before Judge Colleen McMahon. (jma, ) (Entered: 12/16/2003) |
| 04/26/2004 | 44 | TRANSCRIPT of Proceedings as to Michael C. O'Donnell held on 05/29/02 before Judge Colleen McMahon. (cg, ) (Entered: 04/26/2004) |
| 04/05/2005 | 45 | MANDATE of USCA (certified copy) as to Michael C. O'Donnell re: 37 Notice of Appeal – Final Judgment, USCA Case Number 03–1361. Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED. Lucille Carr, Clerk USCA. Issued As Mandate: 3/21/05. Certified: 10/6/04. (fk, ) (Entered: 04/18/2005) |
| 05/02/2005 | 46 | ORDER REQUESTING VIEWS OF COUNSEL REGARDING DEFT'S SENTENCE as to Michael C. O'Donnell.... In light of the foregoing, counsel for both deft and the Govt have fifteen days from the date of this Order to express, in writing, their view as to whether resentencing is appropriate here. The Court will not grant any request for an extension of the fifteen day period. I will then issue an order indicating whether it will be necrssary to resentence the deft. This constitutes the Order of the Court. (Signed by Judge Colleen McMahon on 4/29/05) Copies faxed by Chambers.(fk, ) (Entered: 05/03/2005) |
| 05/13/2005 | 47 | WITHDRAWAL of Motion by Michael C. O'Donnell. (Quesada, Victoria) (Entered: 05/13/2005) |
| 05/25/2005 | | Letter by USA as to Michael C. O'Donnell addressed to Judge Colleen McMahon from Stanley Okula dated 5/13/05 re: Resentencing (fk, ) (Entered: 05/27/2005) |
| 05/25/2005 | 48 | Letter by Michael C. O'Donnell addressed to Judge Colleen McMahon from Robert Moore dated 5/13/05 re: Resentencing (fk, ) (Entered: 05/27/2005) |
| 05/25/2005 | 49 | ORDER DECLINING TO RESENTENCE as to Michael C. O'Donnell re: 45 USCA Mandate – Final Judgment Appeal.... After reviewing the record, I see no reason to resentence the deft – especially over his express objection – and I decline to do so. (Signed by Judge Colleen McMahon on 5/24/05) Copies Mailed By Chambers.(fk, ) (Entered: 05/27/2005) |
| 04/19/2006 | | Payment of Fine from Michael C. O'Donnell in the amount of $274.00. Receipt # E574908. Date Received: 4/19/2006. (sj, ) (Entered: 04/19/2006) |
| 05/25/2006 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Receipt # E575180. Date Received: 5/25/2006. (sj, ) (Entered: 05/25/2006) |
| 07/11/2006 | | Payment of Restitution from Michael C. O'Donnell in the amount of $250.00. Receipt #E581799. Date Received: 07/11/2006. (gco, ) (Entered: 07/11/2006) |

| | | |
|---|---|---|
| 08/08/2006 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Receipt # E581994. Date Received: 8/8/2006. (sj, ) (Entered: 08/08/2006) |
| 09/12/2006 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Receipt # E582169. Date Received: 9/12/2006. (sj, ) (Entered: 09/12/2006) |
| 01/05/2007 | | Payment of Restitution from Michael C. O'Donnell in the amount of $359.00. Receipt # E599284. Date Received: 1/5/2007. (sj) (Entered: 01/31/2007) |
| 04/06/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 4/6/07. (mn) (Entered: 04/06/2007) |
| 05/03/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 5/3/07. (mn) (Entered: 05/03/2007) |
| 06/05/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $10.00. Date Received: 6/5/07. (mn) (Entered: 06/05/2007) |
| 06/12/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 6/12/07. (mn) (Entered: 06/12/2007) |
| 07/09/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 7/9/07. (mn) (Entered: 07/09/2007) |
| 08/10/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 08/09/2007. (jd) (Entered: 08/10/2007) |
| 09/12/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 9/12/07. (mn) (Entered: 09/12/2007) |
| 10/16/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 10/16/07. (mn) (Entered: 10/16/2007) |
| 11/16/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 11/16/07. (mn) (Entered: 11/16/2007) |
| 12/11/2007 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 12/11/07. (mn) (Entered: 12/11/2007) |
| 01/11/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 1/11/08. (mn) (Entered: 01/11/2008) |
| 02/20/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 2/20/08. (mn) (Entered: 02/20/2008) |
| 03/11/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 3/11/08. (mn) (Entered: 03/11/2008) |
| 04/09/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 4/9/08. (mn) (Entered: 04/09/2008) |
| 05/08/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 5/8/08. (mn) (Entered: 05/08/2008) |
| 06/11/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 6/11/08. (mn) (Entered: 06/11/2008) |
| 07/17/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 7/17/08. (mn) (Entered: 07/17/2008) |
| 08/06/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 8/6/08. (mn) (Entered: 08/06/2008) |
| 09/11/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 9/11/08. (mn) (Entered: 09/11/2008) |
| 10/10/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 10/10/08. (mn) (Entered: 10/10/2008) |

| 11/12/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 11/12/08. (mn) (Entered: 11/12/2008) |

| 11/12/2008 | | Payment of Fine from Michael C. O'Donnell in the amount of $250.00. Date Received: 11/12/08. (mn) (Entered: 11/12/2008) |