## ALBERTO W. VILAR
## PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
November 30, 1999
(Estimated)

### ASSETS:

| | |
|---|---|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | 525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Investment Advisors | $175,000,000 |
| Investments: Mutual Funds | $76,000,000 |
| Private Securities | $470,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | 225,750 |
| | |
| Sub Total: | $758,341,750 |

### LIABILITIES:

| | |
|---|---|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $22,000,000 |
| | |
| Sub Total: | $28,350,790 |

### NET WORTH

$729,990,960

AUS-031-00704

**ALBERTO W. VILAR**
**PRIVATE AND CONFIDENTIAL**

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**February 29, 2000**
**(Estimated)**

## ASSETS:

| | |
|---|---|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | $525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 3,400,000 |
| Amerindo Investment Advisors | $275,000,000 |
| Investments: Mutual Funds | $ 76,000,000 |
| Private Securities | $765,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | $225,750 |

**Sub Total:**          $1,156,741,750

## LIABILITIES:

| | |
|---|---|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $61,000,000 |

**Sub Total:**          $67,350,790

## NET WORTH          $1,089,390,960

AUS-031-01650

**PRIVATE AND CONFIDENTIAL**

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
February 29, 2000
(Estimated)

## ASSETS:

| | |
|---|---:|
| Cash | $1,116,000 |
| Residence | $10,000,000 |
| Other real estate investments | $13,675,000 |
| Jewelry | $525,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 3,400,000 |
| Amerindo Investment Advisors | $275,000,000 |
| Investments:  Mutual Funds | $ 76,000,000 |
| Private Securities | $597,000,000 |
| Dividends receivable | $6,500,000 |
| Security Deposit UN Plaza | $225,750 |

Sub Total:                          $985,341,750

## LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | $5,364,484 |
| Estimated income tax due | $986,306 |
| Long term charitable pledges | $52,000,000 |

Sub Total:                          $58,350,790

## NET WORTH                          $929,990,960

AUS-038-00051

## ALBERTO VILAR

## PRIVATE AND CONFIDENTIAL

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**April 23, 2001**
**(Estimated)**

### ASSETS:

| | |
|---|---:|
| Cash | $2,500,000 |
| Residence | $22,000,000 |
| Other real estate investments | $7,500,000 |
| Jewelry | $750,000 |
| Art & Furniture | $ 5,300,000 |
| Amerindo Profit Sharing | $ 2,600,000 |
| Amerindo Investment Advisors | $250,000,000 |
| Investments: Mutual Funds | $ 57,000,000 |
| Private Securities | $569,000,000 |
| Dividends receivable | $8,500,000 |
| Security Deposit UN Plaza | $225,750 |

**Sub Total:**                    $925,375,750

### LIABILITIES:

| | |
|---|---:|
| Long term debts-mortgages | 13,377,688 |
| Estimated income tax due | 1,500,000 |
| Long term charitable pledges | $73,200,000 |

**Sub Total:**                    $ 88,077,688

### NET WORTH                    $837,298,062

AUS-038-00049

ALBERTO VILAR
PRIVATE AND CONFIDENTIAL

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
May 2002
(Estimated)

ASSETS:

| | |
|---|---|
| Cash | $    350,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| | |
| Jewelry | $525,000 |
| Art & Furniture | $6,000,000 |
| Amerindo Profit Sharing | $2,000,000 |
| Amerindo Investment Advisors | $200.000,000 |
| Investments:  Mutual Funds | $64,000,000 |
| Private Securities | $410,000,000 |
| Dividends receivable | 9,500,000 |
| Security Deposit UN Plaza | $226,000 |
| | |
| Sub Total: | $718,301,000 |

LIABILITIES:

| | |
|---|---|
| Long term debts-mortgages | $8,251,099 |
| Estimated income tax due | $5,050,789 |
| Long term charitable pledges | $64,000,000 |
| | |
| Sub Total: | $77,301,888 |

NET WORTH                                    $640,999,112

AUS-003-00521

**ALBERTO VILAR**
**PRIVATE AND CONFIDENTIAL**

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION
**April 2003**
**(Estimated)**

ASSETS:

| | |
|---|---|
| Cash | $      15,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| | |
| Art, Furniture and jewelry | $6,525,000 |
| Charles Schwab | 9,905 |
| Amerindo Investment Advisors | $20,000,000 |
| Investments:  Private Securities | $170,000,000 |
| Security Deposit UN Plaza | $226,000 |
| | |
| Sub Total: | $222,475,905 |

LIABILITIES:

| | |
|---|---|
| Bank Credit | $5,000,000 |
| Long term debts-mortgages | $7,571,570 |
| Estimated income tax due | $23,255,208 |
| Long term charitable pledges | $64,000,000 |
| Construction debt | 298,000 |
| | |
| Sub Total: | $100,124,778 |

NET WORTH                                    $122,351,127

AUS-055-00395

**ALBERTO VILAR**
**PRIVATE AND CONFIDENTIAL**

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**October 2003**
**(Estimated)**

## ASSETS:

| | |
|---|---|
| Cash | $    15,000 |
| Residence | 10,000,000 |
| Other real estate investments | $15,700,000 |
| | |
| Art, Furniture and jewelry | $6,525,000 |
| Charles Schwab | 9,905 |
| Amerindo Investment Advisors | $30,000,000 |
| Investments:  Private Securities | $270,000,000 |
| Security Deposit UN Plaza | $226,000 |
| | |
| Sub Total: | $332,475,905 |

## LIABILITIES:

| | |
|---|---|
| Bank Credit | $5,000,000 |
| Long term debts-mortgages | $7,571,570 |
| Estimated income tax due | $11,913,247 |
| Long term charitable pledges | $54,000,000 |
| Construction debt | 298,000 |
| | |
| Sub Total: | $78,782,817 |

## NET WORTH                              $253,693,088

AUS-003-00520

**ALBERTO VILAR**
**PRIVATE AND CONFIDENTIAL**

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**
**April 2004**
**(Estimated)**

### ASSETS:

| | |
|---|---|
| Cash | $    15,000 |
| Residence | 8,800,000 |
| Other real estate investments | $6,850,000 |
| | |
| Art, Furniture and jewelry | $1,725,000 |
| Amerindo Investment Advisors | $20,000,000 |
| Investments:  Private Securities * | $125,000,000 |
| Security Deposit UN Plaza | $226,000 |

(*)

| | |
|---|---|
| Sub Total: | $162,616,000 |

### LIABILITIES:

| | |
|---|---|
| Bank Credit | $1,360,000 |
| Long term debts-mortgages | $9,940,000 |
| Estimated income tax due | $20,000,000 |
| Long term charitable pledges | $54,000,000 |
| Construction debt | $ 298,000 |
| | |
| Sub Total: | $85,598,000 |

### NET WORTH                     $77,018,000

(*)     The estimate of the value of private securites has risen since the January 31, 2004,
        detailed 'Private Placements' statement was prepared.

AUS-003-00517