```
                                                                  1
 1
 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK
 3   ----------------------------------------x
 4   BOMBO SPORTS & ENTERTAINMENT, LLC,
 5                             Plaintiff,
 6        -against-
 7   ALBERTO VILAR, et ano,
 8                             Defendant.
 9   ----------------------------------------x
10                             April 21, 2005
                               10:20 a.m.
11
12
13
14        Deposition of ALBERTO VILAR, held at
15   The LAW OFFICES OF JUSTIN C. BRASCH,
16   30 Vesey Street, 15th Floor, New York,
17   New York, before Vicky Galitsis, a Certified
18   Shorthand Reporter and Notary Public of the
19   State of New York.
20
21
22
23
              GREENHOUSE REPORTING, INC.
24          363 Seventh Avenue - 20th Floor
              New York, New York  10001
25                (212) 279-5108
```

GOVERNMENT EXHIBIT 1801
05 Cr. 621 (RJS)  (ID)

                                                                    30
1                   A. Vilar
2    Amerindo?
3         A.    Hopefully not.
4         Q.    Can you tell us about your
5    residences, where do you live, all of your
6    residences?
7         A.    I'm a permanent resident of the
8    United Kingdom.  I've been that since 1981.
9    And actually came over here for surgery, and
10   I've still been here.  But I'm moving back to
11   England this year.
12        Q.    Is that '81 or '91, I'm sorry.
13        A.    '81.
14        Q.    Since 1981.  Can you give us your
15   address there?
16        A.    I gave it.
17        Q.    Can you do it again?
18             MR. TONER:  Let's just insert it
19        in the record here.  43 Upper Grovsner
20        Street, London, England W1Y7FE.
21        Q.    You have an apartment in
22   Manhattan, is that correct or incorrect?
23        A.    That's correct.
24        Q.    Where is that?
25        A.    At First and 49th.

                                                               50
1            A. Vilar
2            THE WITNESS: 2002 is not
3       possible because it's being redone.
4       '04 I don't think has been filed.
5            MR. BRASCH: If '04 does get
6       filed in the next couple of weeks, I
7       would like a copy of it.
8            MR. TONER: As you probably know,
9       the likelihood is that an extension
10      form was filed, 4868, and then in the
11      real world the tax return will exist
12      probably until August or October.
13           But I will check with the tax
14      people to see what the actual status is
15      and we will get you whatever there was.
16           MR. BRASCH: You will get me that
17      return, that's great.
18           MR. TONER: Sure. Federal and
19      state?
20           MR. BRASCH: Yes.
21      Q.   Do you have any close personal
22 friends today?
23      A.   (No answer.)
24      Q.   Who are the people you consider
25 your two best friends?

```
                                                          51
 1                      A. Vilar
 2          A.      My two best friends would be my
 3   partner and a woman in California.
 4          Q.      Your partner, I assume, is Gary
 5   Tanaka?
 6          A.      That's a correct assumption.
 7          Q.      And who is the woman in
 8   California?
 9          A.      Joyce Lonergan.
10          Q.      Where does she live?
11          A.      She lives in San Francisco.
12          Q.      Do you know where in
13   San Francisco?
14          A.      I don't know her address by
15   memory, no.
16          Q.      What neighborhood?
17          A.      I don't know how San Francisco is
18   zoned for neighborhoods.
19          Q.      Who is your closest friend in
20   New York?
21          A.      I didn't say I had a close friend
22   in New York.
23          Q.      Do you have a friend in New York?
24          A.      I know most of the people from
25   the world of the arts and business.
```

52

1                A. Vilar
2        Q.   Is there anyone that you call
3    socially?
4        A.   That I call what?
5        Q.   Call socially in New York.
6        A.   The person that I would talk to
7    the most is somebody who works with my firm.
8    He's an old friend.
9        Q.   Who is that?
10       A.   Dana Smith.
11       Q.   Who is Gary Tanaka?
12       A.   What?
13       Q.   I want you to tell me about Gary
14   Tanaka, please.
15       A.   He's been my partner for
16   25 years.
17       Q.   Does he work with you at
18   Amerindo?
19       A.   Yes.
20       Q.   What are his responsibilities at
21   Amerindo?
22       A.   He does trading.
23       Q.   What kind of trading?
24       A.   Do you know anything about our
25   business?