

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toute autorité compétente de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

| PASSPORT PASSEPORT | Type/Cate | Code of Issuing/Code du pays | PASSPORT NO./NO DU PASSPORT |
|---|---|---|---|
| | P | USA | 111263377 |

Surname / Nom
**VILAR**

Given names / Prénoms
**ALBERT W**

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
**04 OCT/OCT 40**

Sex / Sexe   Place of birth / Lieu de naissance
**M      NEW JERSEY, U.S.A.**

Date of issue / Date de délivrance      Date of expiration / Date d'expiration
**19 JUN/JUN 96        18 JUN/JUN 06**

Authority / Autorité
**PASSPORT AGENCY**

Amendments
Modifications
SEE PAGE

**NEW<YORK**                              **48**

P<USAVILAR<<ALBERT<W<<<<<<<<<<<<<<<<<<<<<<<<<
1112633775USA4010043M0606181<<<<<<<<<<<<<<6

## IMPORTANT INFORMATION

VISAS. IT IS THE RESPONSIBILITY OF THE PASSPORT BEARER
TO OBTAIN THE NECESSARY VISAS.

LE TITULAIRE DU PASSEPORT EST SEUL RESPONSABLE DE
L'OBTENTION DES VISAS REQUIS.

HEALTH. Under the International Health Regulations, a country may
require an international Certificate of Vaccination only against yellow
fever. Smallpox vaccination is NOT required by any country. NO
immunizations are required to return to the United States. Prophylactic
medication for malaria and certain other preventive measures are
advisable for some travelers; check with your health care provider or
local health department. Also, ensure that your immunizations for
measles, mumps, rubella, polio, diphtheria, tetanus, and pertussis are up
to date. If you become ill upon returning to the United States, inform your
physician of your recent travel abroad. For more information, call (404)
332–4559 or see "Health Information for International Travel," stock no.
017-023-00192-2, P.O. Box 371954, Pittsburgh, PA 15250-7954.

HEALTH INSURANCE. Persons considering foreign travel should deter-
mine what health insurance coverage, if any, they require while outside
the United States. Medicare does not cover health care costs outside
the United States and its territories, except under limited circumstances
in Canada and Mexico.

CUSTOMS SERVICE. The pamphlet "Know Before You Go" gives you
current information about Customs requirements and how they apply to
articles acquired abroad. Obtain a copy from your nearest Customs
Office or from the U.S. Customs Service, P.O. Box 7407, Washington,
DC 20044. The transportation of currency or bearer instruments in any
amount is legal; however, if you take out of or bring into the United
States more than $10,000 (U.S. or foreign currency), travelers checks,
money orders, or other bearer monetary instruments, you are required
by U.S. law to file a report with the U.S. Customs Service.

## IMPORTANT INFORMATION

TREASURY. As of November 1988, the purchase or importation of
Cuban, North Korean, Vietnamese, Libyan, Iraqi, or Yugoslav (Serbian
and Montenegrin) goods or services and the importation of Haitian or
Iranian goods or services are generally prohibited, except for interna-
tional materials and limited goods imported directly as accompanied
baggage. Transactions related to travel in or to Cuba, Libya, or Iraq are
generally prohibited. For current restrictions and licensing information,
write the Office of Foreign Assets Control, U.S. Department of the
Treasury, Second Floor Annex, Washington, DC 20220, or call (202)
622-2480.

AGRICULTURE. Your reentry into the United States will be speeded if
you bring with you NO foreign meat or other animal products, birds,
animals, fruits, vegetables, plants, soil, or other agricultural items. It is
unlawful to import foreign agricultural items without permission, since
they may carry destructive plant or animal pests and diseases. For
specific information, write "Quarantines," PPQ, APHIS, U.S. Department
of Agriculture, 6505 Belcrest Road, Hyattsville, MD 20782.

INTERNAL REVENUE SERVICE. All U.S. citizens working and residing
overseas are required to file and report on their worldwide income. See
IRS Publication 54 for an explanation of filing requirements and benefits.

LOSS, THEFT, OR DESTRUCTION OF PASSPORT should be reported
immediately to local police authorities and to the Passport Service
Office, Washington, DC 20520-4818; or, if overseas, to the nearest
American Embassy or Consulate. Your passport is a valuable citizenship
and identity document, so it should be carefully safeguarded. Its loss
could cause you unnecessary travel complications, as well as significant
expense.

THIS PASSPORT IS THE PROPERTY OF THE UNITED STATES
GOVERNMENT. IT MUST BE SURRENDERED UPON DEMAND IF
MADE BY AN AUTHORIZED REPRESENTATIVE OF THE UNITED
STATES GOVERNMENT.

## IMPORTANT INFORMATION

**ALTERATION OR MUTILATION OF PASSPORT.** This passport must not be altered or mutilated in any way. Alteration may make it INVALID, and, if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries, in connection with official matters, may place stamps or make statements, notations, or additions in this passport. You may amend or update personal information for your own convenience on page 5.

**LOSS OF CITIZENSHIP.** Under certain circumstances, you may lose your U.S. citizenship by performing any of the following acts: (1) being naturalized in a foreign state; (2) taking an oath or making a declaration to a foreign state; (3) serving in the armed forces of a foreign state; (4) accepting employment with a foreign government; or (5) formally renouncing U.S. citizenship before a U.S. consular officer overseas. For detailed information, contact the nearest American Embassy or Consulate, or contact the Office of Citizens Consular Services, Department of State, Washington, DC 20520-4818, or call (202) 647-0644.

**DUAL CITIZENS.** A person who has the citizenship of more than one country at the same time is considered a dual citizen. Citizenship may be based on facts of birth, marriage, parentage, or naturalization. A dual citizen may be subject to all of the laws of the other country that considers that person its citizen while in its jurisdiction. This includes conscription for military service. Dual citizens who encounter problems abroad should contact the nearest American Embassy or Consulate.

**TRAVEL INFORMATION** for countries you may visit may be heard by calling (202) 647-5225. Travel information is also posted at U.S. Passport Agencies and U.S. Embassies and Consulates overseas.

**WHEN TRAVELING IN DISTURBED OR REMOTE AREAS OR RESIDING ABROAD,** you should register and keep in touch with the nearest American Embassy or Consulate. You may listen to the latest Department of State travel information by calling (202) 647-5225.

NOTICE: IT IS UNLAWFUL FOR ANY PERSON NOT THE BEARER TO USE THIS PASSPORT, TO USE THIS PASSPORT IN CONTRAVENTION OF THE PASSPORT REGULATIONS OR OF THE CONDITIONS OR RESTRICTIONS SET OUT IN THIS PASSPORT, OR TO USE THIS PASSPORT FOR TRAVEL TO COUNTRIES WHERE A U.S. PASSPORT IS NOT VALID. TITLE 18, U.S. CODE, SECTION 1544. FOR FURTHER INFORMATION CONTACT THE NEAREST U.S. EMBASSY OR CONSULATE OR THE DEPARTMENT OF STATE.

FOR YOUR PROTECTION, PENCIL IN THE NAMES AND ADDRESSES BELOW.

PLEASE KEEP THESE ENTRIES UP TO DATE

BEARER'S ADDRESS IN THE UNITED STATES
ADRESSE DU TITULAIRE AUX ETATS-UNIS

BEARER'S FOREIGN ADDRESS
ADRESSE DU TITULAIRE A L'ETRANGER

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR THE STATE DEPARTMENT, CITIZENS EMERGENCY CENTER, AT (202) 647-5225, AND THE INDIVIDUAL NAMED BELOW

EN CAS D'URGENCE, PRIERE D'AVISER L'AMBASSADE OU LE CONSULAT DES ETATS-UNIS LE PLUS PROCHE OU LE CENTRE DES URGENCES CONSULAIRES DU DEPARTEMENT D'ETAT AU (202) 647-4226, AINSI QUE LA PERSONNE DONT LE NOM FIGURE CI-DESSOUS

Name
Nom

Address
Adresse

Telephone
Téléphone



## TIPS FOR TRAVELERS

1. Make sure you have a valid passport, and visas, if required, in case of an emergency, a relative in the U.S. should have a passport also...

2. Call the State Department's Citizens Emergency Center, at (202) 647-5225 for information on the areas to be visited. Stay aware of events in the country you are visiting.

3. Make two photocopies of your passport identification page. Leave one copy at home. Carry the other with you in a separate place from your passport. This will facilitate replacement if your passport is lost or stolen.

4. Leave a copy of your itinerary with family or friends at home, so that you can be contacted in case of emergency.

5. When traveling in disturbed or remote areas, or if residing abroad, register and keep in touch with the nearest American Embassy or Consulate.

6. Do not leave baggage unattended in public areas or accept packages from strangers.

7. Avoid conspicuous clothing and expensive jewelry and do not carry excessive amounts of money or purchasing excessive credit cards.

8. In order to avoid violating local laws, deal only with authorized agents when exchanging money or purchasing accessories.

9. Familiarize yourself with local laws and customs of the countries to which you are traveling. While in a foreign country, you are subject to its laws.

10. Contact the nearest U.S. consul if you get into trouble.





























