































<p>

</p>





