Page 4
Budget Bureau No. 22-R057.

## STATEMENT OF PERSONAL HISTORY

**INSTRUCTIONS:** Read the certification at the end of this questionnaire before entering the required data. Print or type all answers. All questions and statements must be completed. If the answer is "None," so state. Do not misstate or omit material fact since the statements made herein are subject to verification. If more space is needed, use the Remarks section, item 20, and attach additional sheets if necessary. The information entered hereon is for official use only and will be maintained in confidence.

1. (Print) FIRST NAME—MIDDLE NAME—MAIDEN NAME (If any)—LAST NAME
   [X] MR.  [ ] MRS.  [ ] MISS
   ALBERT WILLIAM VILAR Jr.

2. STATUS: [X] CIVILIAN  [ ] MILITARY ON ACTIVE DUTY

3. ALIAS(ES), NICKNAME(S), OR CHANGES IN NAME (Other than by marriage): "Pete"

4. PERMANENT MAILING ADDRESS: PO Box 1987, San Juan, Puerto Rico

5. DATE OF BIRTH: 4 Oct 1940
   PLACE OF BIRTH: Newark, Essex, N.J., USA
   PLACE CERTIFICATE RECORDED: Newark, N.J.

| RACE | HEIGHT | WEIGHT | COLOR OF EYES | COLOR OF HAIR | SCARS, PHYSICAL DEFECTS, DISTINGUISHING MARKS |
|---|---|---|---|---|---|
| Cau | 6'1" | 147 | Brown | Brown | None |

6. DO YOU HAVE A HISTORY OF MENTAL OR NERVOUS DISORDERS? [ ] YES [X] NO  ARE YOU NOW OR HAVE YOU EVER BEEN ADDICTED TO THE USE OF HABIT FORMING DRUGS SUCH AS NARCOTICS OR BARBITURATES? [ ] YES [X] NO  ARE YOU NOW OR HAVE YOU EVER BEEN A CHRONIC USER TO EXCESS OF ALCOHOLIC BEVERAGES? [ ] YES [X] NO  IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 20.

7. U.S. CITIZEN [X]
   NATIVE: [X] YES [ ] NO

ALIEN [ ]

8. **MILITARY SERVICE**

ARE YOU PRESENTLY ON ACTIVE DUTY IN THE U.S. ARMED FORCES DRAWING FULL PAY? [ ] YES [X] NO

ARE YOU PRESENTLY A MEMBER OF A U.S. RESERVE OR NATIONAL GUARD ORGANIZATION? [ ] YES [X] NO

HAVE YOU PREVIOUSLY SERVED TOURS OF EXTENDED ACTIVE DUTY, DRAWING FULL PAY, FROM WHICH YOU WERE DISCHARGED OR SEPARATED TO CIVILIAN STATUS? [ ] YES [X] NO

9. **EDUCATION** (Account for all civilian schools and military academies. Do not include service schools)

| MONTH AND YEAR FROM | TO | NAME AND LOCATION OF SCHOOL | GRADUATE YES | NO | DEGREE |
|---|---|---|---|---|---|
| Sep 47 | Jun 55 | Academia Sagrado Corazon, Santurce, PR | X | | |
| Sep 55 | Jun 58 | Academia Perpetuo Socorro, Miramar, PR | X | | |
| Sep 58 | Present | Washington & Jefferson College, Wash., Pa. | | | |

10. FAMILY (List in order given, parents, spouse, guardians, stepparents, foster parents, parents-in-law, former spouse(s) (if divorced give date and place), children, brothers and sisters, even though deceased. Include any others you resided with or with whom a close relationship existed or exists. If the person is not a U.S. citizen by birth, give date and port of entry, alien registration number, naturalization certificate number and place of issuance.)

| RELATION AND NAME | DATE AND PLACE OF BIRTH | PRESENT ADDRESS, IF LIVING | U.S. CITIZEN YES | NO |
|---|---|---|---|---|
| FATHER Albert W. Vilar Sr. | 15 Oct 1912 Cuba | PO Box 1987, San Juan, P.R. | X | |
| MOTHER (Maiden name) Margaret Walsh | 8 Mar 1918 E. Orange, N.J. | 22 W. 55th St, N.Y., N.Y. | X | |
| SPOUSE (Maiden name) None | | | | |
| OTHER (Specify) Sister Patrice Burke | 2 Jul 1938 E. Orange, N.J. | % U.S. Army, Hq USARCARIB, C.Z. | X | |
| Sister Carole M. Vilar | 23 Aug 1939 E. Orange, N.J. | POBox 1987, San Juan, P.R. | X | |

DD FORM 398 (1 MAY 55)   PREVIOUS EDITIONS ARE OBSOLETE.

DD FORM 398  1 MAY 55    PREVIOUS EDITIONS ARE OBSOLETE.

| 11. OTHER RELATIVES AND ALIEN FRIENDS LIVING IN FOREIGN COUNTRIES (List grandparents, first cousins, aunts, uncles, brothers- and sisters-in-law, and other persons with whom a close relationship existed or exists) ||||||
|---|---|---|---|---|---|
| RELATIONSHIP AND NAME | AGE | OCCUPATION | ADDRESS || CITIZENSHIP |
| (Father has relatives that are all residents of Cuba. Names, addresses, etc., are unknown) | | | | | |

| 12. FOREIGN TRAVEL (Other than as a direct result of United States military duties) ||||
|---|---|---|---|
| DATES ||  COUNTRY VISITED | PURPOSE OF TRAVEL |
| FROM— | TO— | | |
| None | | | |

| 13. EMPLOYMENT (Show every employment you have had and all periods of unemployment) |||||
|---|---|---|---|---|
| MONTH AND YEAR || NAME AND ADDRESS OF EMPLOYER | NAME OF IMMEDIATE SUPERVISOR | REASON FOR LEAVING |
| FROM— | TO— | | | |
| Jun 59,60 | Aug 59,60 | Banco Credito & Ahorro Ponceno San Juan, P. R. | Roberto Villanvera | Summer Work |

DID ANY OF THE ABOVE EMPLOYMENTS REQUIRE A SECURITY CLEARANCE? ☐ YES ☒ NO  DO YOU HAVE ANY FOREIGN PROPERTY OR BUSINESS CONNECTIONS, OR HAVE YOU EVER BEEN EMPLOYED BY A FOREIGN GOVERNMENT, FIRM, OR AGENCY? ☐ YES ☒ NO  HAVE YOU EVER BEEN REFUSED BOND? ☐ YES ☒ NO  IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 20.

SOCIAL SECURITY NO. 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

| 14. CREDIT AND CHARACTER REFERENCES (Do not include relatives, former employers, or persons living outside the United States or its Territories) |||||
|---|---|---|---|---|
| NAME (List 3 credit and 5 character) | YEARS KNOWN | STREET AND NUMBER (Business address preferred) | CITY | STATE OR TERRITORY |
| Wash & Jeff College | 3 | S. College St | Washington | Pa. |
| Mellon National Bank | 3 | S. Main St | Washington | Pa. |
| Caribe Hilton Hotel | 12 | | San Juan | P.R. |
| Dr. A. Ramos Oller | 10 | 1354 Luchelti St | Santurce | P.R. |
| Mr. W. B. Gibson | 3 | 5301 Main St | Williamsville 21 | N.Y. |
| Pedro Pons | 10 | | Miramar | P.R. |
| Leon Lewis | 10 | 27 Ensajaguo | Santurce | P.R. |
| Father Eduardo Whelan | 6 | | Miramar | P.R. |

| 15. | | LIST ALL RESIDENCES FROM 1 JANUARY 1937 | | |
|---|---|---|---|---|
| MONTH AND YEAR | | STREET AND NUMBER | CITY | STATE OR COUNTRY |
| FROM— | TO— | | | |
| Oct 40 | Jul 49 | 307 ~~E//orange~~ William St | East Orange | N.J. |
| Jul 49 | Aug 52 | 115 Calle Mallorca | Hato Rey | P.R. |
| Aug 52 | Dec 57 | 868 Ashford Ave | Santurce | P.R. |
| Dec 57 | Present | 1504 Ashford Ave | Santurce | P.R. |

| 16. | | PAST AND/OR PRESENT MEMBERSHIP IN ORGANIZATIONS | | | |
|---|---|---|---|---|---|
| NAME AND ADDRESS | | TYPE (Social, fraternal, professional, etc.) | OFFICE HELD | MEMBERSHIP | |
| | | | | FROM— | TO— |
| Phi Delta Theta, W & J Coll | | Fraternal | Historian | 1959 | Present |

17.

| YES | NO | |
|---|---|---|
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF THE COMMUNIST PARTY U. S. A., OR ANY COMMUNIST ORGANIZATIONS ANYWHERE? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF A FASCIST ORGANIZATION? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF ANY ORGANIZATION, ASSOCIATION, MOVEMENT, GROUP OR COMBINATION OF PERSONS WHICH ADVOCATES THE OVERTHROW OF OUR CONSTITUTIONAL FORM OF GOVERNMENT, OR WHICH HAS ADOPTED THE POLICY OF ADVOCATING OR APPROVING THE COMMISSION OF ACTS OF FORCE OR VIOLENCE TO DENY OTHER PERSONS THEIR RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES, OR WHICH SEEKS TO ALTER THE FORM OF GOVERNMENT OF THE UNITED STATES BY UNCONSTITUTIONAL MEANS? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN AFFILIATED OR ASSOCIATED WITH ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE AS AN AGENT, OFFICIAL, OR EMPLOYEE? |
| | X | ARE YOU NOW ASSOCIATING WITH, OR HAVE YOU ASSOCIATED WITH ANY INDIVIDUALS, INCLUDING RELATIVES, WHO YOU KNOW OR HAVE REASON TO BELIEVE, ARE OR HAVE BEEN MEMBERS OF ANY OF THE ORGANIZATIONS IDENTIFIED ABOVE? |
| | X | HAVE YOU EVER ENGAGED IN ANY OF THE FOLLOWING ACTIVITIES OF ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE: CONTRIBUTION(S) TO, ATTENDANCE AT OR PARTICIPATION IN ANY ORGANIZATIONAL, SOCIAL, OR OTHER ACTIVITIES OF SAID ORGANIZATIONS OR OF ANY PROJECTS SPONSORED BY THEM; THE SALE, GIFT, OR DISTRIBUTION OF ANY WRITTEN, PRINTED, OR OTHER MATTER, PREPARED, REPRODUCED, OR PUBLISHED, BY THEM OR ANY OF THEIR AGENTS OR INSTRUMENTALITIES? |

IF "YES," DESCRIBE THE CIRCUMSTANCES. ATTACH ADDITIONAL SHEETS FOR A FULL DETAILED STATEMENT. IF ASSOCIATED WITH ANY OF THE ABOVE ORGANIZATIONS, SPECIFY NATURE AND EXTENT OF ASSOCIATION WITH EACH, INCLUDING OFFICE OR POSITION HELD. ALSO INCLUDE DATES, PLACES, AND CREDENTIALS NOW OR FORMERLY HELD. IF ASSOCIATIONS HAVE BEEN WITH INDIVIDUALS WHO ARE MEMBERS OF THE ABOVE ORGANIZATIONS, THEN LIST THE INDIVIDUALS AND THE ORGANIZATIONS WITH WHICH THEY WERE OR ARE AFFILIATED.

18. HAVE YOU EVER BEEN DETAINED, HELD, ARRESTED, INDICTED OR SUMMONED INTO COURT AS A DEFENDANT IN A CRIMINAL PROCEEDING, OR CONVICTED, FINED, OR IMPRISONED OR PLACED ON PROBATION, OR HAVE YOU EVER BEEN ORDERED TO DEPOSIT BAIL OR COLLATERAL FOR THE VIOLATION OF ANY LAW, POLICE REGULATION OR ORDINANCE (*excluding minor traffic violations for which a fine or forfeiture of $25, or less was imposed*)? INCLUDE ALL COURT MARTIALS WHILE IN MILITARY SERVICE. ☐ YES ☒ NO IF "YES," LIST THE DATE, THE NATURE OF THE OFFENSE OR VIOLATION, THE NAME AND LOCATION OF THE COURT OR PLACE OF HEARING, AND THE PENALTY IMPOSED OR OTHER DISPOSITION OF EACH CASE.

19. ARE THERE ANY INCIDENTS IN YOUR LIFE NOT MENTIONED HEREIN WHICH MAY REFLECT UPON YOUR LOYALTY TO THE UNITED STATES OR UPON YOUR SUITABILITY TO PERFORM

| 19. ARE THERE ANY INCIDENTS IN YOUR LIFE NOT MENTIONED HEREIN WHICH MAY REFLECT UPON YOUR LOYALTY TO THE UNITED STATES OR UPON YOUR SUITABILITY TO PERFORM THE DUTIES WHICH YOU MAY BE CALLED UPON TO TAKE OR WHICH MIGHT REQUIRE FURTHER EXPLANATION?  ☐ YES  ☒ NO   IF "YES," GIVE DETAILS |
|---|

20. REMARKS

Item 10:  My Father entered the USA in 1920 at New York City.  He obtained his citizenship through that of his Mother who had preceded him, information concerning her is unknown.

Subject completed DD Form 98 (1 Sep 56 Edition) without qualification on 24 May 60.

I CERTIFY THAT THE ENTRIES MADE BY ME ABOVE ARE TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND ARE MADE IN GOOD FAITH.  I UNDERSTAND THAT A KNOWING AND WILLFUL FALSE STATEMENT ON THIS FORM CAN BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH. (See U. S. Code, title 18, section 1001)

| DATE | SIGNATURE OF PERSON COMPLETING FORM |
|---|---|
| 18 May 1961 | *Albert Vila Jr.* |
| | TYPED NAME AND ADDRESS OF WITNESS  SSG Joseph D Sortino  Wash & Jeff College, Washington, Pa. |  SIGNATURE OF WITNESS |

21.   THIS SECTION TO BE COMPLETED BY AUTHORITY REQUESTING INVESTIGATION

BRIEF DESCRIPTION OF DUTY ASSIGNMENT AND DEGREE OF CLASSIFIED MATTER (top secret, secret, etc.) TO WHICH APPLICANT WILL REQUIRE ACCESS

RECORD OF PRIOR CLEARANCES

FAVORABLE NAC PAR 6 AR 604-5  SEP 22 1961

COMPLETED BY HQ SECOND ARMY