Walter H. Pfaeffle
340 East 64th Street,
Apt 16G
New York, NY 10065
November 23, 2008

The Honorable Richard J. Sullivan
United StatesDistrict Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re: Alberto Vilar

Dear Judge Sullivan,

I have been working as a journalist all my life for various domestic and international media, including Bloomberg News and the Austria Press Agency. Currently I publish a website, germerica.net.

I have a master's degree from the Institut d'etudes politiques of Paris. Before that I studied at the Universite Laval of Quebec, Canada. I graduated from Monmouth College, Monmouth, IL. I was born and raised in Germany.

My oldest daughter is a senior at Dickinson College in Carlisle, PA, the youngest is disabled.

I first heard of Alberto Vilar in the 1990s while doing research for a story on private financing of cultural institutions in the United States.

Mr. Vilar had contributed substantial sums of money to the Salzburg Festival and is well-known in Austria.

But it wasn't until after he was released on bail in May 2005 that I met him personally through a mutual friend. I contributed to the $4 million dollar bail package by posting my country house as well as my condominium. I am prepared to continue this support.

Since his release in June 2005 I have been part of a group of friends around Mr. Vilar. We attend operas, concerts and theaters together.

As we are also history aficionados, my daughter and I accompanied Mr. Vilar to Gettysburg, PA last summer to attend the annual reenactment of the Civil War battle.

He knew how important it was for him to return back to New York because of his commitment to the court and the people like us who have faith in him.

Despite his many travels and much time spent abroad, Mr Vilar is an enthusiastic citizen of New York. Because of his devotion to the community, his church and friends, I am convinced there is no risk that he would ever flee the country.

I have come to this conclusion because of the many conversations I have had with him about the case and his current predicament.

I truly believe Mr Vilar is an honorable man. He is not the kind of person who would run away from problems.

I have been in court virtually every day to show my support for Mr. Vilar and, during this time, it was always clear that he would return each day.

I am convinced that if released on bail, Mr. Vilar would comply strictly with the bail conditions as he has done for the past 3-1/2 years. His compliance with these conditions to date has been exemplary, I am told.

Sincerely,

*Walter Pfaeffle*

Walter H. Pfaeffle