2630 South Lynn Street
Arlington, VA 22202-2264
22 November, 2008

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: Alberto W. Vilar

Dear Judge Sullivan:

My wife, Elizabeth, and I have lived in the Washington, D.C. area for more than 25 years. I am a Program Analyst for the U.S. Navy's Office of Naval Research. Prior to this civilian employment, I retired from the Navy after 30 years of service, with the rank of Captain. My wife is a retired Registered Nurse/Public Health Program Analyst/Budget Analyst. She is a former commissioned officer in the U.S. Public Health Service. We are both Trustees of the University of Southampton in Southampton, United Kingdom.

We have known Alberto Vilar for more than seven years, and we have been his close friends for more than three years. In addition, Alberto was our investment advisor for about four years (until the closure of Amerindo). Elizabeth co-signed the initial bond for Alberto's release from detention and continues to be a suretor for his bail.

In our experience, Alberto has always shown great loyalty and dedication to his friends. For many years he has had close ties to the financial and cultural communities of New York City, and he has demonstrated those ties with extraordinarily generous financial support of many of its cultural and medical institutions.

Over three and a half years ago Alberto indicated to us his intention fully to comply with the conditions of his bail, and to the best of our knowledge he has done so. In addition, we know that he appeared in court for each day of his trial.

We are convinced that Alberto Vilar should be allowed to continue to be released on bail under the present conditions for the following reasons: (1) his exemplary compliance with his bail conditions to date, (2) Alberto's and his appellate attorney's need for intensive and free communication while preparing the appeal, (3) the continuing need of close friends and family for Alberto's physical and psychological support, and (4) his unusually strong connection to his church. Alberto is a very devout person. He attends his church at least once a week, and his religious faith is an extremely important part of his life. We believe Alberto to be an honorable person and a man of his word.

Respectfully yours,

L. Bradley Stanford

Elizabeth Ewing Stanford