# ITZHAK PERLMAN

November 28, 2008

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room # 615
New York, NY 10007

Re: Alberto Vilar

Dear Judge Sullivan:

The purpose of this letter is to provide the Court with information about Alberto Vilar's character and reputation. I am a professional violinist, conductor and music teacher. I first met Alberto Vilar approximately 8 years ago in connection with our mutual interest in the musical education of young people and since that time have come to consider him a good friend.

In addition to performing and teaching at the Juilliard School in New York City, I, along with my wife, run a music school for children called the Perlman Music Program. The school, a non-profit organization, is truly "need blind" – that is any student who is accepted can attend, regardless of his or her family's ability to pay the tuition. As the Court can imagine, running a school in that way requires significant fund raising and Alberto has been one of the most devoted supporters of our program since its inception more than 15 years ago. He has promised $1,000,000.00 to support the school and has delivered on that promise.

The Perlman Music Program is not a "glamour charity," in that one does not support our school in order to garner from New York's social or cultural elite. Alberto has made some promises to provide our school with significant funding because of his love of music, his devotion to the education of young people and his belief that private funding is integral to the future of the arts and culture in this country.

Obviously, I cannot and do not speak to underlying issues which have caused Alberto to be before Your Honor. All I can say is that in my dealings with Alberto he has been genuine, has met his commitments and has been motivated by doing the right thing for young people. It is my hope that this information will be useful in Court.

Respectfully submitted,

Itzhak Perlman