USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the court conference held December 18, 2008, the Court finds that Defendant Vilar has not met the standard under 18 U.S.C. § 3143(a) of showing by "clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community." Accordingly,

IT IS HEREBY ORDERED that bail for Defendant Vilar is revoked, and

IT IS FURTHER ORDERED that Defendant Vilar is remanded to the custody of the Bureau of Prisons.

SO ORDERED.

Dated:     New York, New York
             December 18, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE