**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 9 2009

S.D.Y.Y. /N Y N Y
05-cr-621
Sullivan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of February, two thousand nine,

Present:
    Hon. Ralph K. Winter,
    Hon. Reena Raggi,
    Hon. Peter W. Hall,
        *Circuit Judges*.

---

United States of America

        *Appellee*,

v.                                                             08-6195-cr

Alberto William Vilar,

        *Defendant-Appellant*.

---

Upon due consideration the motion for bail pending sentencing is DENIED.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

                By: _[signature]_

SAO-PR

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk

by _[signature]_
    DEPUTY CLERK

ISSUED AS MANDATE: 6/18/09