UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 05 Cr. 621 (RJS) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA  Defendants. | |

## NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation in Support of Motion to Withdraw, dated August 11, 2009, Wilson Sonsini Goodrich & Rosati, Professional Corporation, will move this Court before the Honorable Richard J. Sullivan, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order permitting Wilson Sonsini Goodrich & Rosati and all of its attorneys and employees to withdraw from this matter.

Dated: August 11, 2009
       New York, New York

                            WILSON SONSINI GOODRICH & ROSATI,
                            PROFESSIONAL CORPORATION

                            By:   /s/  Jessica L. Margolis

                            Jessica L. Margolis
                            WILSON SONSINI GOODRICH & ROSATI
                            1301 Avenue of the Americas, 40th Fl.
                            New York, New York  10019
                            Tel: 212.999.5800

                            *Attorneys for Defendant Gary Alan Tanaka*