UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 05 Cr. 621 (RJS) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | |
| Defendants. | |

## AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW

JESSICA L. MARGOLIS, an attorney duly admitted to practice before the courts of the Southern District of New York, affirms the following under penalties of perjury:

1.  I am an attorney with the firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("Wilson Sonsini" or "firm").  In August 2005, I and Glenn C. Colton, Esq., another attorney who at the time was a member of Wilson Sonsini, filed Notices of Appearance on behalf of Defendant Gary Alan Tanaka in this action.  In or around April 2009, Mr. Colton left Wilson Sonsini and joined the firm of Sonnenschein Nath & Rosenthal LLP.

2.  Rule 1.16(c)(10) of the New York Rules of Professional Conduct (22 N.Y.C.R.R. Section 1200.16[c][10]) expressly authorizes a lawyer to withdraw from representing a client if the client knowingly and freely assents to termination of the employment.  Local Rule 1.5(b)(5) specifies that New York's Rules of Professional Conduct govern the conduct of attorneys who appear before the District Court.

3. Mr. Tanaka has knowingly and freely consented to Wilson Sonsini's withdrawal from this matter and all related matters.

4. The firm of Sonnenschein Nath & Rosenthal LLP, and in particular Glenn C. Colton, Esq., remains as counsel for Mr. Tanaka in this matter.

WHEREFORE, I respectfully request that the Court issue an Order permitting Wilson Sonsini Goodrich & Rosati, Professional Corporation, the undersigned, and all of Wilson Sonsini Goodrich & Rosati's attorneys and employees to withdraw from this matter.

Dated: August 11, 2009
       New York, New York

By:   /s/ Jessica L. Margolis
      Jessica L. Margolis