

October 15, 1999

Dr. Brian C. Mitchell
President
Washington and Jefferson College
60 South Lincoln Street
Washington, PA  15301

Dear Dr. Mitchell:

This letter serves to confirm that I pledge $15 million to Washington and Jefferson College to be used as described in The Pledge Agreement between myself and the College.  The funds shall first be used to construct and equip the Vilar Technology Center as set forth in The Pledge Agreement.  In the unlikely event that the funds required for the Vilar Technology Center are less than $15 million, the remaining funds shall be used to support mutually agreeable projects.

To the extent that the pledge has not been fulfilled during my lifetime, I authorize my executor or personal representative to treat the remaining pledge as a debt of my estate and to pay the remaining portion of the pledge to Washington and Jefferson College to be used for purposes agreed by me during my lifetime.  I understand that the College will be relying on this pledge for its future activities.

Very truly yours,

*[signature]*

Alberto W. Vilar

**GX 5105-N/A**



**W&J-1000170**