# AMERINDO INVESTMENT ADVISORS INC.

One Embarcadero Center, Suite 2300
San Francisco, CA 94111-3162
Tel: (415) 362-0292
Fax: (415) 362-0533

January 18, 2001

43 Upper Grosvenor Street
London W1X 9PG
Tel: 020 7629-2349
Fax: 020 7493-5158

BY FACSIMILE

Jean Valbrun
Specialist Clearance
Bear Stearns & Co. Inc,
1 Metrotech Center North
Fifth Floor
New York, NY, 11201

GOVERNMENT EXHIBIT
717-A
05 Cr. 621 (RJS) (ID)

GX 717-A-N/A

Re: Techno Raquia A/C # 102 - 17995

Dear Jean,

Please immediately send the following wire transfer:

*[handwritten: 102-17995]*
*[stamp: WIRE FUNDS]*

| | |
|---|---|
| Bank: | Barclays Bank PLC<br>New York<br>75 Wall Street |
| ABA: | 026-002-574 |
| A/C #: | 280-724-230 |
| Credit to: | Barclays Bank PLC<br>Nassau, Bahamas |
| A/C #: | 3308442 |
| Further Credit: | PTC Management Limited |
| Amount: | $5,000,000.00 |

This wire transfer represents a redemption by the above referenced equity partner.

Please call me immediately in London on +44-171-629-2349 in case of any problems.

Sincerely yours

*[signature]*

James Stableford
DIRECTOR

*[handwritten: 441-1800]*

FOIA CONFIDENTIAL
TREATMENT REQUESTED
BSC 0502