USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/8/09___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                              Defendants.

No. 05 Crim. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to docket the attached letter.

SO ORDERED.

Dated:        October 7, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2009

**By Hand**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re: <u>United States</u> v. <u>Vilar and Tanaka</u>,
       S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

   The Government respectfully submits this letter in connection with the sentencing memorandum filed by the Government in the above-captioned case on October 2, 2009.  The Government inadvertently failed to attach as an exhibit certain notes referred to in the paragraph that begins at the bottom of page 22 of that memorandum.  Accordingly, we attach those notes hereto as Exhibit R (GX 3363-11-N/A).  The Government respectfully requests that the Court file this letter and the attached exhibit on the docket.

        Respectfully submitted,

        PREET BHARARA
        Acting United States Attorney

   By: 

        Marc Litt
        Benjamin Naftalis
        Joshua Klein
        Assistant United States Attorneys
        (212) 637-2295/2456/2397

cc: Defense Counsel (by email)

# EXHIBIT R

May 25, 2005.

① . $ 14,000,000 . 00        $ 450,000.00
      Dextra Custodial Fee :        6, 450.00
                                   ———————
                                   $ 456,450.00


② . Accumulated Interest A/C

   $ 5,204,738.91 × 0.032165 =      $ 167,410.42


③ Wayne Lewis' Fee                  $ 89,334.00

④ . Adjustment for overpayment
     of Wayne Lewis' Fee            ( $ 148,890.00 )

⑤ . Unpresented cheque
     # 1882 in the sum of $1,929.90
        + interest $455.93          ( $ 2,385.83 )
                                   ———————————
                                    $ 561,918.59
                                   ═══════════

                                        to pay.

GOVERNMENT
EXHIBIT
3363-11
05 Cr. 621 (RJS)   (ID)

AUK-36-04539
GX 3363-11-N/A

Dextra Custodial Fee calculation :
   1/80 of 1% = 0.000375%.

<u>Notes to File</u> : May 12, 05.

(1). August 25, 03.    redemption of Dextra A/C. = $4,880,000.00.

There have been $30,000.00 per year withdrawals over 4 years.
These withdrawals have been deducted from the Accumulated
Interest A/C. Therefore Dextra A/C has always been
shown as "$5,000,000.00. for the purpose of easier account
ref.

(2). Upon the withdrawal on 25 Aug 03    Finder's Fee of Wayne Lewis
and Dextra Custodial Fee should have been adjusted
accordingly. Only the Dextra Custodial Fee was reduced.

(3). Wayne Lewis Finder's Fee had already been previously
~~overpay~~ overpaid and the sums were re-paid quarterly
hence the overlook that it has happened again.

(4). Since Nov 25, 03    up and including of Feb 25, 05 there
have been 6 quarters.

(5). Since Nov 25, 03    the total sum of "Dextra Deposit Note"
is $18,000,000.00". • Therefore Finder's fee are due on
this amount.

(6). Finder's fee from Nov 25, 03 $ is $89,334.
Overpayment of $24,815 per quarter.            AUK-36-04540

(7). Overpayment    of $148,890.00 over 6 quarters + interest

(1)

Notes to file    May 12, 05.

⑧ Interest has been calculated at 13.5% compounded, comes

to $13,142.35.

⑨. Total amount of $162,032.35 to be deducted from
May quarterly payment.

AUK-36-04541

⑪ ·

May 12,05

# Finder's fee Formula

$$\$y \times 0.004963 =$$

Correct calculation of finder's fee due since Nov 25, 2003:

$$\$18,000,000.00 \times 0.004963 = \$89.334.$$

Previous Finder's Fee: $\$114,149.00$.

Overpayment of:           $\$24,815.000$

$$\$24,815 \times 6 = \$148,890.00.$$

AUK-36-04542

3

Calculation of interest on $24,815.00 per quarter
at 13.5% per annum.   (6 quarters)

① $24,815    =    $837.50
② $25,652.50  =    $865.77
③ $26,518.27  >    $894.99
④ $27,413.26  =    $925.19
⑤ $28,338.45  =    $956.42
⑥ $29,294.87

Total amount due for 6 quarters on the $148,890.00

```
29,294.87
28,338.45
27,413.26
26,518.27
25,652.50
24,815.00
─────────
162,032.35
```

AUK-36-04543

4

February 25, 2005,

①. $ 14,000,000.00    - $450,000.00

Dextra Custodial Fee = $\underline{\quad 6,795.00 \quad}$

457,105.00

②. Accumulated Interest A/C

$ 6,004,738.91 × 0.032165 = $ 193,142.42

③. Wayne Lewis' Fee    $ 114,149.00

④. Withdrawal of.    $ 800,000.00
from Accumulated A/C.

$\overline{\qquad\qquad}$

$1,564,396.42.

Note:

Adjust Dextra Custodial Fee & Wayne Lewis' Fee next
quarter.

AUK-36-04548

November 25, 04

①. $ 14,000,000.00    -    $ 450,310.00

Dextra Custodial Fee -    · 6,795.00
_____
$ 457, 105.00


②. Accumulated interest A/C

$ 6,004,738.91 × 0.032165 =    $ 193,142.42

③. Wayne Lewis Fee :    $ 114,149.00

④. Q Repayment of A/C II    $ 500,000.00
_____
$ 1,264,396.42

AUK-36-04544